# EXHIBIT A

```
 1                       -----------
 2   JASON FETTER:   Called as a witness on behalf of the
 3   Plaintiff, after being duly sworn according to law, was
 4   examined and testified as follows:
 5                       ----------
 6                   DIRECT EXAMINATION
 7   BY MR. STAPP:
 8           Q.   Can you please state your name and
 9   address for the record?
10           A.   Jason Fetter, 804 Chaparral Drive,
11   Pearland, Texas, 77584.
12           Q.   What is your position with Muncy
13   Industries, LLC?
14           A.   I'm Vice-President of Muncy Industries
15   and I am also over the calibration department.
16           Q.   Can you explain for the Court the type
17   of work it is that Muncy Industries does?
18           A.   Yeah.  We are in the wire rope industry,
19   so we manufacture parts for heavy lifting, usually on
20   the end or wire rope or synthetics.  We have been doing
21   that since -- in Turbotville since 1949.  Then along
22   the way our customers have other needs, and we have
23   supplemented our offering to take care of them.  A lot
24   of these parts that we use have to be proof tested.
25   What that means is, just to make sure that when you put
```

1  it on the end of wire rope or cable, you've got to make
2  sure that it's connected properly.
3              So a super majority of our customers
4  have equipment that is designed to proof test the
5  assemblies that they make with our fittings.  Years
6  ago, in basically 2007ish, we started working with a
7  guy named Joe Roberts.  Again, he was saying, you know,
8  you should calibrate and make testbeds for customers,
9  your current customer base.  So that's where I got in
10 touch with Mr. Szabo, because he worked for Mr.
11 Roberts, and I knew he was not working.  That's where
12 we hired him and we started our calibration department
13 with Mr. Szabo.
14          Q.  Where does Muncy have, let's start with
15 where do you have offices locations?  Where are those
16 locations?
17          A.  We have three facilities, one is in
18 Pennsylvania, that's our main location.  That's our
19 headquarters.  Accounting and everything is there.  We
20 have -- we bought a competitor a few years ago in
21 Kansas City, so we have a place in Kansas City and we
22 have a small shop in Lafayette, Louisiana where most of
23 the calibration work is based out of.  We also have an
24 office or two.  I am at an office in the Houston area
25 and we also have an office in the New Orleans area.

MUNCY-000420