# EXHIBIT G



Mary Kramer <mkramer@phillyemploymentlawyer.com>

## RE: Szabo v. Muncy - Ric Szabo's Travel Information
1 message

**Lori Spangler** <lspangler@stapplaw.net>  Wed, May 4, 2022 at 3:31 PM
To: Mary Kramer <mkramer@phillyemploymentlawyer.com>
Cc: Gregory Stapp <gstapp@stapplaw.net>

Good afternoon, Attorney Kramer**.**  Please see the compilation of Ric Szabo's travel information below provided by our client.   Thank you and have a nice afternoon.

| Ric Szabo calibrations ||
|---|---|
| DATE | LOCATION |
| 3/7/2018 | Houston, TX |
| 3/30/2018 | Syracuse, NY |
| 4/2/2018 | Hillside, NJ |
| 4/10/2018 | New Orleans, LA |
| 4/19/2018 | Corpus Christi, TX |
| 4/20/2018 | Corpus Christi, TX |
| 4/27/2018 | Grand Rapids, MI |
| 5/9/2018 | Fourchon, LA |
| 5/15/2018 | Odessa, TX |
| 5/21/2018 | Lafayette, LA |
| 5/23/2018 | Steubenville, OH |
| 5/24/2018 | Cincinnati, OH |
| 5/24/2018 | Dayton, OH |
| 5/25/2018 | Jeffersonville, IN |

| Date | Location |
|---|---|
| 5/29/2018 | Simpsonville, SC |
| 5/31/2018 | Shreveport, LA |
| 6/4/2018 | East Hazel Crest, IL |
| 6/6/2018 | Avenel, NJ |
| 6/7/2018 | Harrisburg, PA |
| 6/13/2018 | Mequon, WI |
| 6/14/2018 | Greenville, WI |
| 6/15/2018 | Valders, WI |
| 6/19/2018 | West Valley City, UT |
| 6/21/2018 | Ukiah, CA |
| 6/21/2018 | West Sacramento, CA |
| 7/3/2018 | Hillside, NJ |
| 7/17/2018 | Calgary AB, CA. |
| 7/18/2018 | Edmonton, AB |
| 7/19/2018 | Nisku, AB. CA |
| 7/31/2018 | Pleasanton TX |
| 8/1/2018 | San Antonio, TX |
| 8/3/2018 | Dallas, TX |
| 8/14/2018 | Nashville, TN |
| 8/22/2018 | Bend, OR |
| 8/28/2018 | Huntington, WV |
| 8/28/2018 | MT Hope, WV |
| 8/30/2018 | Indianapolis, IN |
|  |  |

| Date | Location |
|---|---|
| 8/31/2018 | blue Ash, OH |
| 9/6/2018 | Longview , TX |
| 9/17/2018 | Houma, LA |
| 9/25/2018 | Cleveland, OH |
| 10/16/2018 | Spokane, WA |
| 10/17/2018 | Longview, WA |
| 10/18/2018 | Tacoma, WA |
| 10/26/2018 | Baker, LA |
| 10/31/2018 | Oklahoma City, OK |
| 11/1/2018 | Las Vegas, NV |
| 11/15/2018 | Piedmont, SC |
| 11/26/2018 | Booneville, IN |
| 11/28/2018 | St. Charles, IL |
| 11/29/2018 | Indianapolis, IN |
| 12/18/2018 | Saint Hyacinthe, Quebec Canada |
| 1/10/2019 | Austin, TX |
| 1/15/2019 | Bowling Green, MO |
| 1/16/2019 | Indianapolis, IN |
| 1/17/2019 | Hammond, IN |
| 1/22/2019 | Morgan City, LA |
| 1/28/2019 | Charleston, SC |
| 1/29/2019 | Columbia, SC |
| 1/30/2019 | Miami, FL |
|  |  |

| Date | Location |
|---|---|
| 2/5/2019 | Odessa, TX |
| 2/8/2019 | Appleton, WI |
| 2/14/2019 | Union, NJ |
| 2/15/2019 | Syracuse, NY |
| 2/19/2019 | Oakland City, IN |
| 2/25/2019 | Bowling Green, MO |
| 2/27/2019 | Houston, TX |
| 3/5/2019 | Greenville, WI |
| 3/7/2019 | Milwaukee, WI |
| 3/13/2019 | Saco, ME |
| 3/14/2019 | Liberal, KS |
| 3/14/2019 | Oklahoma City, OK |
| 3/15/2019 | Woodward, OK |
| 3/20/2019 | Williston, ND |
| 3/21/2019 | Elko, NV |
| 3/22/2019 | Salt Lake City, UT |
| 3/25/2019 | Beaumont, TX |
| 3/27/2019 | Corpus Christi, TX |
| 3/28/2019 | San Antonio, TX |
| 3/29/2019 | Houston, TX |
| 4/9/2019 | Springfield, MO |
| 4/10/2019 | Kirksville, MO |
| 4/12/2019 | OKC, OK |
|  |  |

| Date | Location |
|---|---|
| 4/17/2019 | Hayden, ID |
| 4/18/2019 | Burnaby, BC Canada |
| 4/26/2019 | New Orleans, LA |
| 5/1/2019 | Clovis, CA |
| 5/2/2019 | Casper, WY |
| 5/7/2019 | Cocoa, FL |
| 5/8/2019 | Jacksonville, FL |
| 5/9/2019 | Knoxville, TN |
| 5/13/2019 | Houston, TX |
| 5/15/2019 | New Brighton, MN |
| 5/16/2019 | St Paul, MN |
| 5/22/2019 | Bowling Green, MO |
| 5/31/2019 | Longview , TX |
| 5/31/2019 | Shreveport, LA |
| 6/3/2019 | Little Chute, WI |
| 6/7/2019 | Casper, WY |
| 6/11/2019 | Avenel, NJ |
| 6/13/2019 | Toledo, OH |
| 7/12/2019 | Salt Lake City, UT |
| 7/23/2019 | Coatesville, PA |
| 7/25/2019 | Lafayette, LA |
| 7/26/2019 | Houston, TX |
| 7/31/2019 | Corpus Christi, TX |
| | |

| Date | Location |
| --- | --- |
| 8/1/2019 | Mills River, NC |
| 8/1/2019 | North Charleston, SC |
| 8/2/2019 | Corpus Christi, TX |
| 8/12/2019 | San Antonio, TX |
| 8/12/2019 | Kirksville, MO |
| 8/13/2019 | Odessa, TX |
| 8/14/2019 | Pleasanton TX |
| 8/15/2019 | Dallas, TX |
| 8/16/2019 | Dallas, TX |
| 8/22/2019 | Abbeville, LA |
| 8/27/2019 | Cincinnati, OH |
| 8/28/2019 | Jeffersonville, IN |
| 8/28/2019 | Dayton, OH |
| 8/29/2019 | Broussard, LA |
| 8/29/2019 | Columbus, OH |
| 8/29/2019 | Indianapolis, IN |
| 8/30/2019 | Booneville, IN |
| 9/11/2019 | Houston, TX |
| 9/17/2019 | Brooksville, FL |
| 9/18/2019 | Doral, FL |
| 9/19/2019 | North Haven, CT |
| 9/24/2019 | Columbus, OH |
| 9/25/2019 | Huntington, WV |

| Date | Location |
|---|---|
| 9/26/2019 | MT Hope, WV |
| 10/1/2019 | Bend, OR |
| 10/3/2019 | Taylor, MI |
| 10/17/2019 | Houma, LA |
| 10/23/2019 | Oakland, CA |
| 10/29/2019 | Lafayette, LA |
| 11/8/2019 | Houma, LA |
| 11/11/2019 | Casper, WY |
| 11/12/2019 | Sedalia, Co |
| 11/14/2019 | Ft Wayne, IN |
| 11/15/2019 | St. Charles, IL |
| 11/26/2019 | Baker, LA |
| 12/5/2019 | Houma, LA |
| 12/11/2019 | Greendale, WI |
| 12/12/2019 | East Hazel Crest, IL |
| 12/19/2019 | Williamsport, PA |
| 12/28/2019 | New Orleans, LA |
| 1/8/2020 | Cut Off, LA |
| 1/14/2020 | East Hazel Crest, IL |
| 1/15/2020 | Bowling Green, MO |
| 1/24/2020 | Nashville, TN |
| 1/28/2020 | Phoenix, AZ |
| 1/30/2020 | Midland, Tx |
|  |  |

| Date | Location |
|---|---|
| 2/4/2020 | Oakland City, IN |
| 2/6/2020 | Elkton, KY |
| 2/19/2020 | Aberdeen, NC |
| 2/19/2020 | Raleigh, NC |
| 2/20/2020 | Duncan, SC |
| 2/25/2020 | Avenel, NJ |
| 3/3/2020 | Columbia, SC |
| 3/3/2020 | Charleston, SC |
| 3/5/2020 | Grand Rapids, MI |
| 3/5/2020 | Miami, FL |
| 3/11/2020 | Corpus Christi, TX |
| 3/18/2020 | Saco, ME |
| 4/20/2020 | Houma, LA |
| 4/27/2020 | Kirksville, MO |
| 4/29/2020 | Oakland City, IN |
| 5/11/2020 | Beaumont, TX |
| 5/14/2020 | Austin, TX |
| 5/22/2020 | Pomona, CA |
| 5/27/2020 | Cocoa, FL |
| 6/1/2020 | Rosharon, TX |
| 6/3/2020 | Longview , TX |
| 6/3/2020 | Shreveport, LA |
| 6/8/2020 | Jacksonville, FL |
|  |  |

| | |
|---|---|
| 6/23/2020 | Tacoma, WA |
| 6/24/2020 | Longview, WA |
| 6/25/2020 | Salem, OR |
| 7/1/2020 | Nashville, TN |
| 7/3/2020 | Cocoa, FL |
| 7/16/2020 | Woodward, OK |

Best regards,

Lori Spangler

Paralegal to Gregory A. Stapp

**Lori M. Spangler, FRP, Pa.C.P.**

**Litigation Paralegal**

**Stapp Law, L.L.C.**

153 West Fourth Street, Suite 6

Williamsport, PA 17701

570.326.1077

lspangler@stapplaw.net

---

**From:** Gregory Stapp <gstapp@stapplaw.net>
**Sent:** Monday, May 2, 2022 2:32 PM
**To:** Mary Kramer <mkramer@phillyemploymentlawyer.com>
**Cc:** Lori Spangler <lspangler@stapplaw.net>
**Subject:** RE: Szabo v. Muncy

Understood Mary. I have asked the client for them. I will ask again today.

As soon as I have the information, my office will forward it to your attention.

Thanks,

Greg

Gregory A. Stapp, Esquire

# Stapp Law, L.L.C.

153 West Fourth Street, Suite 6

Williamsport, PA 17701

(570) 326-1077

(570) 651-9420

gstapp@stapplaw.net

 

PLEASE NOTE: The information contained in this e-mail message is privileged and confidential and is intended only for the above authorized recipient(s).  If you are not the intended recipient(s), be advised that any dissemination, distribution or copying of this information is strictly prohibited.  If you have received this e-mail in error, please notify me immediately.  Thank you.

---

**From:** Mary Kramer <mkramer@phillyemploymentlawyer.com>
**Sent:** Monday, May 2, 2022 11:02 AM
**To:** Gregory Stapp <gstapp@stapplaw.net>
**Subject:** Re: Szabo v. Muncy

Hey Greg - just following up on this. As you know, in Judge Brann's 4/5 order, he directed Defendant to produce "all written discovery outlined in the March 28, 2022 letter by April 25, 2022." Just so you have it in front of you, I'm attaching a copy of my letter to Judge Brann. Please provide these documents as soon as possible so that we can move forward and complete discovery. Thanks!




On Fri, Apr 22, 2022 at 1:28 PM Mary Kramer <mkramer@phillyemploymentlawyer.com> wrote:

> Hey Greg:
>
>
> I hope you're doing well. I just wanted to touch base and see if you've had the chance to get the documents that were discussed during the 4/5/22 telephone conference and outlined in my 3/28/22 letter to Judge Brann.
>
>
> Thanks!
>
> -Mary

--

Mary Kramer, Esq.

Murphy Law Group, LLC

Eight Penn Center, Suite 2000

1628 John F. Kennedy Blvd.

Philadelphia, PA 19103

O: 267.273.1054 | F: 215.525.0210

EMAIL: mkramer@phillyemploymentlawyer.com | WEBSITE: www.phillyemploymentlawyer.com

**3 attachments**


**image001.jpg**
13K


**image002.gif**
7K

**image003.jpg**
1K