Case 4:21-cv-00468-MWB  Document 35-9  Filed 09/30/22  Page 1 of 2

Case 4:21-cv-00468-MWB    Document 35-9    Filed 09/30/22    Page 1 of 2

# EXHIBIT H

EXHIBIT

Delahoussaye-1    6-15-2022

*Main:* (570) 649-5188
*Mobile:* (337) 330-6860




**From:** Megan Delahoussaye <megand@muncyindustries.com>
**Sent:** Tuesday, July 7, 2020 8:38 AM
**To:** 'Ric Szabo' <ric@muncyindustries.com>
**Subject:** RE: today list

Complete ███████████ – prepare to ship
Build 2 Muncy Boxes –
Take ████████████████████████████.
After that is complete ████████████

Time permitting – Begin tomorrows list
1 Muncy Box
████████████████     ( Issue with ██████ is still a problem)
       Explanation can be provided if need be.


**Regards,**

**Megan Delahoussaye**
*Plant Administrator/Calibration/Recruiter/Sales*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

*Local:* (337) 839-9000
*Main:* (570) 649-5188




MUNCY-000231