# EXHIBIT I

| | |
|---|---|
| From: | Megan Delahoussaye <megand@muncyindustries.com> |
| Sent: | Friday, May 29, 2020 4:51 PM |
| To: | 'Jason Fetter'; 'Ric Szabo'; 'Shandi Crappell' |
| Subject: | Texas Trip-UPDATED |
| Attachments: | Texas Trip.PNG; Texas Trip 05.29.pdf; E2GEN29144343.PDF; E2GEN29163458.PDF; E2GEN29105106.PDF |
| Importance: | High |

This is the UPDATED TRIP:

**Ric & Shandi,**

Here is your trip itinerary. I have attached the pick ticket.

- **Monday, 06/01/20**
    - Drive from Broussard, LA 6AM to Kennedy Wire Rope (Rosharon)
    - Contact: Lindsay Newton, Phone: (713)673-7881
    - Equipment: KIT 2 & 3
    - After completing calibration, 3 hours then stay the night in Corpus
- **Tuesday, 06/02/20**
    - Arrive at Kennedy (Corpus)
    - Contact: Justin Jackson, Phone: 800-289-1445
    - Equipment: Kit 2
    - After completion drive to Longview, TX (6h30m)
- **Wednesday, 06/03/20**
    - Arrive at Midco Sling (Longview, TX)
    - Contact: Neal Walker, Phone: (903)757-4684
    - Equipment: Kit 2
    - After completing calibration drive to Shreveport, LA (1hr)
    - Calibrate PWR
    - Equipment: Kit 2
    - Contact: Jacob Page, Phone: (318)222-6738
    - After completion drive home to Broussard, LA (3h 17m)

Regards,

**Megan Delahoussaye**
*Plant Administrator/Calibration/Recruiter/Sales*

Muncy Industries, LLC
109A Balboa Drive
Broussard, LA 70518

Local: (337) 839-9000

1

EXHIBIT
Delahoussaye-2   6-15-2022
exhibitsticker.com



 109 Balboa Drive, Broussard, LA to 109 Balboa Drive, Broussard, LA    Drive 1,142 miles, 17 h 49 min



### 109 Balboa Dr
Broussard, LA 70518

**Follow US-90 W/Hwy 90 E and US-167 N/NE Evangeline Throughway to I-10 W in Lafayette. Take exit 1B from US-167 N/NE Evangeline Throughway**

15 min (9.0 mi)

1. Head south on Balboa Dr toward Regal Dr

   0.2 mi

2. Balboa Dr turns left and becomes Regal Dr

   226 ft

3. Turn right onto Bolivar Ct

   328 ft