# EXHIBIT K

Daily Report

1-11-18

8am- working on sketch for James/Jason/Joe for in house ≥ ████████████████████

Emails

Joe phone call at 845- 910

Completed sketch 927am

Sent email to Joe

Working on errors for Pricing Quote for Jason and Presentation 930am- 945am

Moved to the ██████████ order Rev1 @ 945am

10am went to Airport.


1-16-18 Back in Office after Moving to Lafayette

Received new iPhone, needed small tutorial on usage.

Set up my email account, and iCloud stuff with Shawn

Had phone conference with James and Kimberly regarding the first draft template for the ████████ ████ Kim will be addressing the dates with Jason

Completed Service From ████████ for Rev1 Draft, sent to Jason for approval

Completed ██████████ list for James Stahl Sent email to him and Joe

Joe and I have put James in motion on the █████████████ for Production.

Working on finishing first draft for ██████████████ - Completed sending to Jason's email for approval


1-17-18 Snowed in this morning, worked half day due to safe driving concerns

Reached out to James regarding the WI Screen shots

Reviewed the Sketch sent to me by James regarding the ███████████████████

Spoke to James via phone and discussed some small █████ issues

Worked the remainder of the day on the S.O.P for performing an █████████████ – draft completed sending to Jason for amendments

Also took a brief look at what the █████████████

Went over Quote notes prior to leaving the office today

MUNCY-000142

01/18/18

Had long over the phone training session with Joe Roberts regarding the ██████████████
2hr
Reading the Muncy SOPs 1 hr
Writing notes for Jason and daily report 30 min
Checking and sort emails. 30 min
lunch
Creation of a second draft out line for the ████████████ 1 hr
- Take into consideration the notes from call with Joe
Creation of draft for ████████████ 1 hr
Begin creation of ████████████ for Kimberly 1 hr


1/19/2018

Begin research work instructions
Created a rough draft for ██████████████████████████
between both parties regarding ████████████         Completed 2.5 hrs.    - Kim

Working on the ████████████ to customers. Completed 2hrs - Kim
Working on the ████████████         Completed 2hrs - Jason
Working on a Excel Draft for ████████████         In process 1.5 hrs. – Jason


1/22/18
Worked on the ████████████. 1.5hrs COMPLETED
Worked on the Draft of new ████████████ for the additional parts request form. 1 hr. COMPLETED
Worked on the changes for ████████████ for Jason's notes above ████████████
████████████ 1 hr. CONPLETED
Worked on the ████████████ Draft- 1.5 HRS. COMPLETED
Worked on the ████████████ Draft - 1hr. COMPLETED
Working on the ████████████ for completion this afternoon for Jason as this deadline has passed. 1.5 hrs. In Process projected completion 1/23/18

Notes:
Referring to list of completion for deadlines whilst making order list in my notes. .5 hrs.

Deadlines for 1st week EOB Jan12th
1st ████████████ – Completed Draft
1st ████████████ - completed Draft

MUNCY-000143

██████████████████ – In Process

Deadlines for 2st week EOB Jan19th
███████████ Completed on 18th Jan.
██████ – Completed on 17th Jan.
Added per Sales ████████████████ for 25th Jan. Completed on 19th Jan.
All Work Instructions due, I have 10 in total to write this will need more time.
Request extra week

Deadlines for 3rd week EOB Jan 25th
Added per Sales ████████████████ - Completed on 22nd Jan.
Added per Sales ██████████████████ Completed on 22nd Jan.
Finals due for forms
SOP Timeline Due

1/23/18

Worked Most of the day on two things.
Emails .5hr
Spoke with Matt regarding the ████████
He helped me out 1hr
Then the remainder of the day was spent working on finishing the ████████████
███████████. 6.5hrs. Completed Draft for approval.

1/24/18

Working on Changes regarding █████████ this morning.  1.5hrs.
Emails with Justin, Shawn, James. .5hr
Working on ███████████████ 2hrs.
Lunch
Continued working and making notes to come up with a rev ████████. 1hr Completed draft
Sales Phone call with ████████████████ and how we are going to do this? .5 hrs.
Emails: .5 hrs
Working on █████████████████████. 2 hrs. In
Process

01/25/18

Time worked from report:
Emails first thing .5hrs
Completed ███████████████ to be order .xlsx (sent to Jason, James, John) 3hrs
Went to AT&T store to get voicemail set up. Company voicemail not working .5hrs
Lunch-
Finished █████████████. .45 hrs.

MUNCY-000144

Worked on ███████████████ 1 HR
Worked to complete the ███████████████████ IN PROCESS 1HR
FILE SORTING VIA THE VPN AND MY NEW H DRIVE, NOT WORKING SO WELL, LOST DATA ALREADY. 1 HR


1/26/18

Emails .5hrs.

Forms Timeline:

Begin working on the final for the three main forms for Jason's approval

    1. ████████ 1hr
    2. ████████ .75hr
    3. ████ .5hr
    4. ████████████ for Monday afternoon 1/29
    5. Sorting and making changes to ████████████. 1.hrs

Continue working on the 8 remainder work instructions for the next week.

Email and phone call with Jason this morning before lunch .2hrs

Begin laying out ████████████ for Jason later this afternoon. 2.hrs

Lunch

Begin ████████

    ████████████████ 1.hrs

Begin ████████

    ████████████████ process – Completed 1. hrs.


1/29/2018

Rename forms and sort according to below format.  .6hrs.

████ format is as follows:



Working on the ████████████ today accordingly to timeline. 1hr.
Break
Updated ████████████ per Jason's convo on phone today .5hrs – completed

MUNCY-000145

Continued on ██████████ 1.75hr ongoing
Lunch
Continued with the █████████████████████████████████
██████████- 1.5 hrs. Completed draft
Begin the completion ████████ from documentation according to time line. 2.5 hrs Completed

MUNCY-000146

Daily Report

1-11-18

8am- working on sketch for James/Jason/Joe for in house ███████████████████

Emails

Joe phone call at 845- 910

Completed sketch 927am

Sent email to Joe

Working on ███████████████ for Jason and Presentation 930am- 945am

Moved to the ███████████████ @ 945am

10am went to Airport.


1-16-18 Back in Office after Moving to Lafayette

Received new iPhone, needed small tutorial on usage.

Set up my email account, and iCloud stuff with Shawn

Had phone conference with James and Kimberly regarding the first draft template for the ███████████ ██████. Kim will be addressing the dates with Jason

Completed Service From █████████████████, sent to Jason for approval

Completed ██████████████ for James Stahl Sent email to him and Joe

Joe and I have put James in motion on the ███████████████████████.

Working on finishing first draft for ███████████████████- Completed sending to Jason's email for approval


1-17-18 Snowed in this morning, worked half day due to safe driving concerns

Reached out to James regarding the WI Screen shots

Reviewed the Sketch sent to me by James regarding the ████████████████████████

Spoke to James via phone and discussed some ███████████ issues

Worked the remainder of the day on the ███████████████████████ – draft completed sending to Jason for amendments

Also took a brief look at what the ███████████████████

Went over Quote notes prior to leaving the office today

MUNCY-000147

01/18/18

Had long over the phone training session with Joe Roberts regarding the ██████████████████ 2hr

Reading the ██████████ 1 hr

Writing notes for Jason and daily report 30 min

Checking and sort emails. 30 min

lunch

Creation of a ████████████████████████ 1 hr

- Take into consideration the notes from call with Joe

Creation of draft for ████████████ 1 hr

Begin creation of ██████████████ for Kimberly 1 hr


1/19/2018

Begin research work instructions

Created a rough draft for ████████████████████████████

between both parties regarding ████████████       Completed 2.5 hrs.    - Kim


Working on the ████████████████████. Completed 2hrs - Kim

Working on the ████████████████     Completed 2hrs - Jason

Working on a ████████████████████      In process 1.5 hrs. – Jason


1/22/18

Worked on the ████████████████████. 1.5hrs COMPLETED

Worked on the ████████████████████. 1 hr. COMPLETED

Worked on the changes for ████████████ for Jason's notes above ████████████

████████ 1 hr. CONPLETED

Worked on the ████████████ Draft- 1.5 HRS. COMPLETED

Worked on the ████████████ Draft - 1hr. COMPLETED

Working on the ████████████ for completion this afternoon for Jason as this deadline has passed. 1.5 hrs. In Process projected completion 1/23/18

Notes:

Referring to list of completion for deadlines whilst making order list in my notes. .5 hrs.

Deadlines for 1st week EOB Jan12th

1st ████████████ – Completed Draft

1st ████████████ - completed Draft

1<sup>st</sup> ████████████████ – In Process

Deadlines for 2<sup>st</sup> week EOB Jan19th
1<sup>st</sup> ██████████ Completed on 18<sup>th</sup> Jan.
1<sup>st</sup> ██████████ – Completed on 17<sup>th</sup> Jan.
Added per Sales ████████████████ for 25<sup>th</sup> Jan. Completed on 19<sup>th</sup> Jan.
All ██████████ due, I have 10 in total to write this will need more time.
Request extra week

Deadlines for 3<sup>rd</sup> week EOB Jan 25<sup>th</sup>
Added per Sales ████████████████████ - Completed on 22<sup>nd</sup> Jan.
Added per Sales ██████████████████████ Completed on 22<sup>nd</sup> Jan.
Finals due for forms
SOP Timeline Due

Daily Report

1-11-18

8am- working on sketch for James/Jason/Joe for in house ≥ 750k Common adapter plate

Emails

Joe phone call at 845- 910

Completed sketch 927am

Sent email to Joe

Working on ██████████████ for Jason and Presentation 930am- 945am

Moved to the ██████████████ @ 945am

10am went to Airport.


1-16-18 Back in Office after Moving to Lafayette

Received new iPhone, needed small tutorial on usage.

Set up my email account, and iCloud stuff with Shawn

Had phone conference with James and Kimberly regarding the first draft ████████████████ ████. Kim will be addressing the dates with Jason

Completed ████████████████, sent to Jason for approval

Completed ██████████ for James Stahl Sent email to him and Joe

Joe and I have put James in motion on the ████████████████.

Working on finishing first draft for ████████████████- Completed sending to Jason's email for approval


1-17-18 Snowed in this morning, worked half day due to safe driving concerns

Reached out to James regarding ██████ Screen shots

Reviewed the Sketch sent to me by James regarding the ████████████████

Spoke to James via phone and discussed some small ██████ issues

Worked the remainder of the day on the ████████████████ – draft completed sending to Jason for amendments

Also took a brief look at what the ████████████████

Went over Quote notes prior to leaving the office today

01/18/18

Had long over the phone training session with Joe Roberts regarding the ██████████████ 2hr

Reading the ████████ 1 hr

Writing notes for Jason and daily report 30 min

Checking and sort emails. 30 min

lunch

Creation of a second draft out line for the ████████████ 1 hr
- Take into consideration the notes from call with Joe

Creation of draft for ██████████████ 1 hr

Begin creation of ██████████████ for Kimberly 1 hr


1/19/2018

Begin research work instructions



Created a rough draft for ████████████████████████

between both parties regarding ██████████████         Completed 2.5 hrs.    - Kim

Working on the ████████████████.  Completed 2hrs - Kim

Working on the Draft ████████████         Completed 2hrs - Jason

Working on a ████████████████         In process 1.5 hrs. – Jason


1/22/18

Worked on the Draft ████████████████. 1.5hrs COMPLETED

Worked on the Draft of new ████████████         request form. 1 hr. COMPLETED

Worked on the changes for ██████████████         for Jason's notes above ████████████

██████████████ 1 hr. CONPLETED

Worked on the ██████████████ Draft- 1.5 HRS. COMPLETED

Worked on the ██████████████ Draft - 1hr. COMPLETED

Working on the ██████████████ for completion this afternoon for Jason as this deadline has passed. 1.5 hrs. In Process projected completion 1/23/18

Notes:

Referring to list of completion for deadlines whilst making order list in my notes. .5 hrs.

Deadlines for 1st week EOB Jan12th

1st ██████████████ – Completed Draft

1st ██████████████ - completed Draft

1st ███████████████ – In Process

Deadlines for 2st week EOB Jan19th
1st ████████████ Completed on 18th Jan.
1st ████████ – Completed on 17th Jan.
Added per ███████████████████ for 25th Jan. Completed on 19th Jan.
All ████████████ due, I have 10 in total to write this will need more time.
Request extra week

Deadlines for 3rd week EOB Jan 25th
Added per Sales ██████████████████ - Completed on 22nd Jan.
Added per Sales ███████████████████ Completed on 22nd Jan.
Finals due for forms
████████ Due

1/23/18

Worked Most of the day on two things.
Emails .5hr
Spoke with Matt regarding the ██████████
He helped me out 1hr
Then the remainder of the day was spent working on finishing the ████████████████
██████████████. 6.5hrs. Completed Draft for approval.

Daily Report

1-11-18

8am- working on sketch for James/Jason/Joe for in house ≥ ██████████████

Emails

Joe phone call at 845- 910

Completed sketch 927am

Sent email to Joe

Working on errors for ██████ for Jason and Presentation 930am- 945am

Moved to the ████████████ @ 945am

10am went to Airport.


1-16-18 Back in Office after Moving to Lafayette

Received new iPhone, needed small tutorial on usage.

Set up my email account, and iCloud stuff with Shawn

Had phone conference with James and Kimberly regarding the first draft ████████████████ ████. Kim will be addressing the dates with Jason

Completed ██████████████, sent to Jason for approval

Completed ████████ for James Stahl Sent email to him and Joe

Joe and I have put James in motion on the ████████████████

Working on finishing first draft for ████████████- Completed sending to Jason's email for approval


1-17-18 Snowed in this morning, worked half day due to safe driving concerns

Reached out to James regarding the ████████

Reviewed the Sketch sent to me by James regarding the ██████████████

Spoke to James via phone and discussed some ██████ issues

Worked the remainder of the day on the ████████████ – draft completed sending to Jason for amendments

Also took a brief look at what the ████████████

Went over Quote notes prior to leaving the office today

MUNCY-000153

01/18/18

Had long over the phone training session with Joe Roberts regarding the ████████████
2hr
Reading the ███████ 1 hr
Writing notes for Jason and daily report 30 min
Checking and sort emails. 30 min
lunch
Creation of a second draft out line for ████████████ 1 hr
- Take into consideration the notes from call with Joe
Creation of draft ████████████ 1 hr
Begin creation of ████████████ for Kimberly 1 hr


1/19/2018



Begin research ████████████
Created a rough draft for ████████████████████████
between both parties regarding ████████████     Completed 2.5 hrs.    - Kim

Working on the ████████████████. Completed 2hrs - Kim
Working on the ████████████     Completed 2hrs - Jason
Working on a ████████████      In process 1.5 hrs. – Jason


1/22/18
Worked on the Draft ████████████ 1.5hrs COMPLETED
Worked on the Draft of new ████████████. 1 hr. COMPLETED
Worked on the changes for form ████████ for Jason's notes above ████████
████████████ 1 hr. CONPLETED
Worked on the ████████████ Draft- 1.5 HRS. COMPLETED
Worked on the ████████████ Draft - 1hr. COMPLETED
Working on ████████████ for completion this afternoon for Jason as this deadline has passed. 1.5 hrs. In
Process projected completion 1/23/18

Notes:
Referring to list of completion for deadlines whilst making order list in my notes. .5 hrs.

Deadlines for 1st week EOB Jan12th
1st ████████████ – Completed Draft
1st ████████████ - completed Draft

1st ██████████████████ – In Process

Deadlines for 2st week EOB Jan19th
1st ████████. Completed on 18th Jan.
1st ████████ – Completed on 17th Jan.
Added per Sales ██████████████████ for 25th Jan. Completed on 19th Jan.
All ████████████ due, I have 10 in total to write this will need more time.
Request extra week

Deadlines for 3rd week EOB Jan 25th
Added per Sales ████████████████████ - Completed on 22nd Jan.
Added per Sales ██████████████████████ Completed on 22nd Jan.
Finals due ████████████████████
████████████ Due

1/23/18

Worked Most of the day on two things.
Emails .5hr
Spoke with Matt regarding the ████████████
He helped me out 1hr
Then the remainder of the day was spent working on finishing the ██████████████████████
████████████. 6.5hrs. Completed Draft for approval.

1/24/18

Working on Changes regarding ████████████ this morning.  1.5hrs.
Emails with Justin, Shawn, James. .5hr
Working on ██████████████████ -01-010 2hrs.
Lunch
Continued working and making notes to come up with a ████████████████ 1hr Completed draft
Sales Phone call with Kim regarding ████████████ and how we are going to do this? .5 hrs.
Emails: .5 hrs
Working on ██████████████████████████ for Purchasing. 2 hrs. In
Process

01/25/18

Time worked from report:
Emails first thing .5hrs
Completed ██████████████████████ (sent to Jason, James, John) 3hrs
Went to AT&T store to get voicemail set up. Company voicemail not working .5hrs
Lunch-
Finished ████████████████. .45 hrs.

Worked on changes to the ██████████████ 1 HR
Worked to complete the ████████████████████ IN PROCESS 1HR
FILE SORTING VIA THE VPN AND MY NEW H DRIVE, NOT WORKING SO WELL, LOST DATA ALREADY. 1 HR

1/26/18

Emails .5hrs.

Forms Timeline:

Begin working on the final for the three main forms for Jason's approval

    1. ██████ 1hr
    2. ██████ .75hr
    3. ████ .5hr
    4. ████████████ for Monday afternoon 1/29
    5. Sorting and making ████████████████ . 1.hrs

Continue working on the 8 remainder ████████████ for the next week.

Email and phone call with Jason this morning before lunch .2hrs

Begin laying out ██████████████ for Jason later this afternoon. 2.hrs

Lunch

Begin ██████████

    ████████████████████ form 1.hrs

Begin ██████████

    ████████████████████ process – Completed 1. hrs.

MUNCY-000156

Daily Report

1-11-18

8am- working on sketch for James/Jason/Joe for in house ≥ ███████████████

Emails

Joe phone call at 845- 910

Completed sketch 927am

Sent email to Joe

Working on errors for ████████ for Jason and Presentation 930am- 945am

Moved to the ████████████ @ 945am

10am went to Airport.


1-16-18 Back in Office after Moving to Lafayette

Received new iPhone, needed small tutorial on usage.

Set up my email account, and iCloud stuff with Shawn

Had phone conference with James and Kimberly regarding the first ███████████████
██████ . Kim will be addressing the dates with Jason

Completed Service From ██████████████ , sent to Jason for approval

Completed ████████████ for James Stahl Sent email to him and Joe

Joe and I have put James in motion on the ████████████████████ .

Working on finishing first draft for ████████████████ - Completed sending to Jason's
email for approval


1-17-18 Snowed in this morning, worked half day due to safe driving concerns

Reached out to James regarding the ████████████

Reviewed the Sketch sent to me by James regarding the ███████████████████████

Spoke to James via phone and discussed some ██████████ issues

Worked the remainder of the day on the ████████████████████ – draft
completed sending to Jason for amendments

Also took a brief look at what the ████████████████

Went over Quote notes prior to leaving the office today

MUNCY-000157

01/18/18

Had long over the phone training session with Joe Roberts regarding the ██████████████ 2hr

Reading the ███████ 1 hr

Writing notes for Jason and daily report 30 min

Checking and sort emails. 30 min

lunch

Creation of a second draft out line for the ████████████ 1 hr

- Take into consideration the notes from call with Joe

Creation of draft for ████████████ 1 hr

Begin creation of ██████████████ for Kimberly 1 hr


1/19/2018

Begin research work instructions

Created a rough draft for ████████████████████

between both parties regarding ████████████     Completed 2.5 hrs.    - Kim



Working on the ████████████. Completed 2hrs - Kim

Working on the Draft ████████████     Completed 2hrs - Jason

Working on a ██████████████     In process 1.5 hrs. – Jason


1/22/18

Worked on the Draft ████████████. 1.5hrs COMPLETED

Worked on the Draft of new ████████████ 1 hr. COMPLETED

Worked on the changes for form ████████ for Jason's notes above ████████████

██████████ 1 hr. CONPLETED

Worked on the ████████████ Draft- 1.5 HRS. COMPLETED

Worked on the ████████████ Draft - 1hr. COMPLETED

Working on the ████████ for completion this afternoon for Jason as this deadline has passed. 1.5 hrs. In Process projected completion 1/23/18

Notes:

Referring to list of completion for deadlines whilst making order list in my notes. .5 hrs.

Deadlines for 1st week EOB Jan12th

1st ████████ – Completed Draft

1st ████████ - completed Draft

MUNCY-000158

1st ███████████████ – In Process

Deadlines for 2st week EOB Jan19th
1st ███████████ Completed on 18th Jan.
1st ████████ – Completed on 17th Jan.
Added per Sales ████████████████████ for 25th Jan. Completed on 19th Jan.
All ██████████ due, I have 10 in total to write this will need more time.
Request extra week

Deadlines for 3rd week EOB Jan 25th
Added per Sales ████████████████████ - Completed on 22nd Jan.
Added per Sales █████████████████████ Completed on 22nd Jan.
Finals due for █████████
████████ Due

1/23/18

Worked Most of the day on two things.
Emails .5hr
Spoke with Matt regarding the ████████
He helped me out 1hr
Then the remainder of the day was spent working on finishing the ███████████████
█████████. 6.5hrs. Completed Draft for approval.

1/24/18

Working on ████████████ this morning.  1.5hrs.
Emails with Justin, Shawn, James. .5hr
Working on █████████████ -01-010 2hrs.
Lunch
Continued working and making notes to come up with a ████████████. 1hr Completed draft
Sales Phone call with Kim regarding █████████ and how we are going to do this? .5 hrs.
Emails: .5 hrs
Working on ███████████████████ for Purchasing. 2 hrs. In
Process

01/25/18

Time worked from report:
Emails first thing .5hrs
Completed ██████████████████ (sent to Jason, James, John) 3hrs
Went to AT&T store to get voicemail set up. Company voicemail not working .5hrs
Lunch-
Finished ████████████ .45 hrs.

Worked on changes to ███████████████ <mark>1 HR</mark>
Worked to ██████████████████████████ IN PROCESS <mark>1HR</mark>
FILE SORTING VIA THE VPN AND MY NEW H DRIVE, NOT WORKING SO WELL, LOST DATA ALREADY. <mark>1 HR</mark>

1/26/18

Emails <mark>.5hrs.</mark>

Forms Timeline:

Begin working on the final for the three main forms for Jason's approval

1. ██████ <mark>1hr</mark>
2. ██████ <mark>.75hr</mark>
3. ████ <mark>.5hr</mark>
4. ████████████ for Monday afternoon 1/29
5. Sorting and making changes to all ████████<mark>. 1.hrs</mark>

Continue working on the 8 remainder work instructions for the next week.

Email and phone call with Jason this morning before lunch <mark>.2hrs</mark>

Begin laying out ██████████████ for Jason later this afternoon. <mark>2.hrs</mark>

Lunch

Begin ██████████

████████████████████ form <mark>1.hrs</mark>

Begin ████████████

████████████████████ process – <mark>Completed 1. hrs.</mark>

1/29/2018

Rename forms and sort according to below format.  .6hrs.

█████ format is as follows:



Working on the ████████████ today accordingly to timeline. 1hr.
Break
Updated ██████████████ per Jason's convo on phone today .5hrs – completed

MUNCY-000160

Continued on ██████████████ 1.75hr ongoing
Lunch
Continued with the █████████████████████████████████████████
████████████- 1.5 hrs. Completed draft
Begin the completion of ████████████████ according to time line. 2.5 hrs Completed

MUNCY-000161

Daily Report

1-11-18

8am- working on sketch for James/Jason/Joe for in house ≥ ████████████████

Emails

Joe phone call at 845- 910

Completed sketch 927am

Sent email to Joe

Working on errors for ██████████ for Jason and Presentation 930am- 945am

Moved to the ███████████████ @ 945am

10am went to Airport.


1-16-18 Back in Office after Moving to Lafayette

Received new iPhone, needed small tutorial on usage.

Set up my email account, and iCloud stuff with Shawn

Had phone conference with James and Kimberly regarding the first draft template for the ███████████ ██████. Kim will be addressing the dates with Jason

Completed █████████████████████ Draft, sent to Jason for approval

Completed █████████████ for James Stahl Sent email to him and Joe

Joe and I have put James in motion on the ███████████████████████.

Working on finishing first draft for ████████████████████- Completed sending to Jason's email for approval


1-17-18 Snowed in this morning, worked half day due to safe driving concerns

Reached out to James regarding the ██████████████

Reviewed the Sketch sent to me by James regarding the ██████████████████████

Spoke to James via phone and discussed some ████████ issues

Worked the remainder of the day on the ████████████████████████ – draft completed sending to Jason for amendments

Also took a brief look at what the ██████████████████

Went over Quote notes prior to leaving the office today

01/18/18

Had long over the phone training session with Joe Roberts regarding the ██████████████
2hr
Reading the Muncy SOPs 1 hr
Writing notes for Jason and daily report 30 min
Checking and sort emails. 30 min
lunch
Creation of a second draft out line for the ███████████ 1 hr
- Take into consideration the notes from call with Joe
Creation of draft for ██████████ 1 hr
Begin creation of ████████████ for Kimberly 1 hr


1/19/2018

Begin research work instructions
Created a rough draft for ████████████████████████
between both parties regarding ████████████     Completed 2.5 hrs.    - Kim

Working on the ██████████████. Completed 2hrs - Kim
Working on the Draft ████████████     Completed 2hrs - Jason
Working on a ████████████████     In process 1.5 hrs. – Jason




1/22/18
Worked on the Draft ████████████████ 1.5hrs COMPLETED
Worked on the Draft of new ████████ form. 1 hr. COMPLETED
Worked on the changes for form ████████████ for Jason's notes above ████████████
██████████████ 1 hr. CONPLETED
Worked on the ████████████ Draft- 1.5 HRS. COMPLETED
Worked on the ████████████ Draft - 1hr. COMPLETED
Working on the ████████ for completion this afternoon for Jason as this deadline has passed. 1.5 hrs. In
Process projected completion 1/23/18

Notes:
Referring to list of completion for deadlines whilst making order list in my notes. .5 hrs.

Deadlines for 1st week EOB Jan12th
1st ████████ – Completed Draft
1st ████████ - completed Draft

MUNCY-000163

1st ██████████████████ – In Process

Deadlines for 2st week EOB Jan19th
1st ███████████ <span style="color:red">Completed on 18th Jan.</span>
1st ███████████ <span style="color:red">– Completed on 17th Jan.</span>
Added per Sales ████████████████████ for 25th Jan. <span style="color:red">Completed on 19th Jan.</span>
All ████████████ due, I have 10 in total to write this will need more time.
<span style="color:red">Request extra week</span>

Deadlines for 3rd week EOB Jan 25th
Added per Sales ████████████████████ <span style="color:red">- Completed on 22nd Jan.</span>
Added per Sales ██████████████████ <span style="color:red">Completed on 22nd Jan.</span>
Finals due for forms
███████████ Due

1/23/18

Worked Most of the day on two things.
Emails <span style="color:red">.5hr</span>
Spoke with Matt regarding the █████████
He helped me out <span style="color:red">1hr</span>
Then the remainder of the day was spent working on finishing the ██████████████████
████████████. <span style="color:red">6.5hrs. Completed Draft for approval.</span>

1/24/18

<span style="color:red">Working on Changes regarding the certificate this morning.  1.5hrs.</span>
<span style="color:red">Emails with Justin, Shawn, James. .5hr</span>
<span style="color:red">Working on</span> ████████████████ <span style="color:red">-01-010 2hrs.</span>
<span style="color:red">Lunch</span>
<span style="color:red">Continued working and making notes to come up with a</span> ████████████ <span style="color:red">1hr Completed draft</span>
<span style="color:red">Sales Phone call with Kim regarding</span> █████████ <span style="color:red">and how we are going to do this? .5 hrs.</span>
<span style="color:red">Emails: .5 hrs</span>
<span style="color:red">Working on</span> ██████████████████ <span style="color:red">t for Purchasing. 2 hrs. In</span>
<span style="color:red">Process</span>

01/25/18

Time worked from report:
Emails first thing <span style="background-color:yellow">.5hrs</span>
Completed ████████████████████ (sent to Jason, James, John) <span style="background-color:yellow">3hrs</span>
Went to AT&T store to get voicemail set up. Company voicemail not working <span style="background-color:yellow">.5hrs</span>
Lunch-
Finished ████████████. <span style="background-color:yellow">.45 hrs.</span>

Worked on ████████████████ draft 1 HR
Worked to complete ████████████████████ IN PROCESS 1HR
FILE SORTING VIA THE VPN AND MY NEW H DRIVE, NOT WORKING SO WELL, LOST DATA ALREADY. 1 HR

1/26/18

Emails .5hrs.

Forms Timeline:

Begin working on the final for the three main forms for Jason's approval

1. ██████ 1hr
2. ████████ .75hr
3. ██████ .5hr
4. ████████ final completion for Monday afternoon 1/29
5. Sorting and making changes to all ████████ . 1.hrs

Continue working on the 8 remainder work instructions for the next week.

Email and phone call with Jason this morning before lunch .2hrs

Begin laying out ████████████ for Jason later this afternoon. 2.hrs

Lunch

Begin ████████████

████████████████████████ form 1.hrs

Begin ████████████

██████████████████████ process – Completed 1. hrs.

1/29/2018

Rename forms and sort according to below format.  .6hrs.

██████ format is as follows:

████████████████
████████████
████████

Working on the ████████████████ today accordingly to timeline. 1hr.
Break
Updated ████████████████ per Jason's convo on phone today .5hrs – completed

Continued on ██████████████ 1.75hr ongoing
Lunch
Continued with the ████████████████████████████████████
██████████ - 1.5 hrs. Completed draft
Begin the completion of ██████████ from documentation according to time line. 2.5 hrs Completed

MUNCY-000166

Daily Report

New Month Ahead!

02/01/2018

Begin by emails ½ hr.
Begin working with the standard this morning, review and understanding refresher for mindset 1hr.

- Make new copy for writing use, notes, etc.

Begin also working on

- ██████ for approval - final completed 2/1/18    1hr.
- ██████ for new landscape look. Rev 03 completed 2hrs.
  Over One-hour lunch with Fetters today

Continue with the ██████████ completion for final Rev.

Completed ██████ for review. 2 hrs.

Working on Forms updates for Jason and Matt for mid Feb .5hrs

2/2/18

Making notes and checking emails .75 hrs.
Working on ██████ revision 03 for final approval.  8:49am start, also having drive issues and working with James via the ████████ list items.  Back and forth between things. 1hr total
Continuing the Form Revision .25hrs
Sorting the new drive for ease of access and forms documentation along with a few Read.me files for understanding the format. 1hr
Continuing the ████████ 1hr

Lunch

Continuing the ████████
Completed ██████ for final review. 3.5 hrs
Emails .5hrs

MUNCY-000167

Daily Report

New Month Ahead!

02/01/2018

Begin by emails ½ hr.
Begin working with the standard this morning, review and understanding refresher for mindset 1hr.

- Make new copy for writing use, notes, etc.

Begin also working on

- ▪ ███████ for approval - final completed 2/1/18   1hr.
- ▪ ███████ for new landscape look. Rev 03 completed 2hrs.
  Over One-hour lunch with Fetters today

Continue with the ████████████ completion for final Rev.

Completed ██████ for review. 2 hrs.

Working on Forms updates for Jason and Matt for mid Feb .5hrs

2/2/18

Making notes and checking emails .75 hrs.
Working on ████████ revision 03 for final approval.  8:49am start, also having drive issues and working with James via the ████████████ list items.  Back and forth between things. 1hr total
Continuing the Form Revision .25hrs
Sorting the new drive for ease of access and forms documentation along with a few Read.me files for understanding the format. 1hr
Continuing the ██████████ Rev03 1hr

Lunch

Continuing the ████████████
Completed ████████ for final review. 3.5 hrs
Emails .5hrs

**Lori Spangler**

| | |
|---|---|
| **From:** | Ric@muncyindustries.com |
| **Sent:** | Friday, February 2, 2018 5:09 PM |
| **To:** | jasonfetter@muncyindustries.com |
| **Subject:** | Daily Report |
| **Attachments:** | Daily Report.docx |

Have a Great Weekend Sir!  FYI Attached

Best regards,

**Ric Szabo**

Calibration Tech/Field Rep
*Phone: (570) 649-5188*
*Cell: (337) 330-6860*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*



MUNCY-000169

**Lori Spangler**

| | |
|---|---|
| **From:** | Ric@muncyindustries.com |
| **Sent:** | Monday, February 5, 2018 5:29 PM |
| **To:** | jasonfetter@muncyindustries.com |
| **Subject:** | daily report |
| **Attachments:** | Daily Report.docx |

Fyi. Have a good evening.

Best regards,

**Ric Szabo**
Calibration Tech/Field Rep
*Phone: (570) 649-5188*
*Cell: (337) 330-6860*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*



MUNCY-000170

Daily Report

New Month Ahead!

02/01/2018

Begin by emails ½ hr.
Begin working with the standard this morning, review and understanding refresher for mindset 1hr.

- Make new copy for writing use, notes, etc.

Begin also working on

- ▪ ████████ for approval - final completed 2/1/18   1hr.
- ▪ ████████ for new landscape look. Rev 03 completed 2hrs.
  Over One-hour lunch with Fetters today

Continue with the ████████████ completion for final Rev.

Completed ████ for review. 2 hrs.

Working on Forms updates for Jason and Matt for mid Feb .5hrs

2/2/18

Making notes and checking emails .75 hrs.
Working on ████████ revision 03 for final approval.  8:49am start, also having drive issues and
working with James via the ████████████ list items.  Back and forth between things. 1hr total
Continuing the Form Revision .25hrs
Sorting the new drive for ease of access and forms documentation along with a few Read.me files for
understanding the format. 1hr
Continuing the ████████ Rev03 1hr

Lunch

Continuing the ████████████
Completed ████████ for final review. 3.5 hrs
Emails .5hrs

2/5/18  GO EAGLES SUPER BOWL CHAMPS

Emails this morning.  .5hr
Reviewing ████████ creation. .75hr

Call Magazine today find out pricing for full page articles as well as press release information.
The 3 Magazines are: Wire rope News, Wire Rope Exchange, Slingmaker (AWRF)

- Wire Rope News Completed 1hr

Working with James and ████ this morning to get the ████████████ today. .25hr
Working on the ████████████ 10:45-12 pm 1.5hrs.
Lunch

MUNCY-000171

Worked on the ▮▮▮▮▮▮▮ remainder of day  4 hrs.

MUNCY-000172

**Lori Spangler**

---

| | |
|---|---|
| **From:** | Ric@muncyindustries.com |
| **Sent:** | Monday, February 12, 2018 5:27 PM |
| **To:** | jasonfetter@muncyindustries.com |
| **Subject:** | daily report |
| **Attachments:** | Daily Report.docx |

Fyi

Best regards,

**Ric Szabo**

Calibration Tech/Field Rep
*Phone: (570) 649-5188*
*Cell: (337) 330-6860*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*



MUNCY-000173

Daily Report

New Month Ahead!

02/01/2018

Begin by emails ½ hr.
Begin working with the standard this morning, review and understanding refresher for mindset 1hr.

- Make new copy for writing use, notes, etc.

Begin also working on

- ████ for approval - final completed 2/1/18   1hr.
- ████ for new landscape look. Rev 03 completed 2hrs.
  Over One-hour lunch with Fetters today

Continue with the ████████ completion for final Rev.

Completed ████ for review. 2 hrs.

Working on Forms updates for Jason and Matt for mid Feb .5hrs

2/2/18

Making notes and checking emails .75 hrs.
Working on ████████ revision 03 for final approval.  8:49am start, also having drive issues and working with James via the ████████████ list items.  Back and forth between things. 1hr total
Continuing the Form Revision .25hrs
Sorting the new drive for ease of access and forms documentation along with a few Read.me files for understanding the format. 1hr
Continuing the ████████ Rev03 1hr

Lunch

Continuing the ████████
Completed ████████ for final review. 3.5 hrs
Emails .5hrs

2/5/18  GO EAGLES SUPER BOWL CHAMPS

Emails this morning. .5hr
Reviewing ████ creation. .75hr

Call Magazine today find out pricing for full page articles as well as press release information.
The 3 Magazines are: Wire rope News, Wire Rope Exchange, Slingmaker (AWRF)
- Wire Rope News Completed 1hr

Working with James and ████ this morning to get the ████████ today. .25hr
Working on the WI for calibration 10:45-12 pm 1.5hrs.
Lunch

Worked on the ██████████ remainder of day  4 hrs.

2/6/18
Morning emails combined with ██████ and James regarding the ████████████████. Plus, time involved while going over my files and setting up my drawers filing system. 1.5 hrs.
Break time .25hrs
Call ██████████████████████. Talk about ██████████████. .25hrs
Working on the ██████████████████████
10:00-11:30 1.5 hrs.
Creating a ██████████████████████ for my own use maybe Muncy can follow suit later
(This is for future scheduling and ease of routing)
11:30-12pm .5 hrs.
Lunch
Continuing the Work on the Customer Data Base .2hrs
Begin work on the ██████████████ Responsibilities and Duties. Completed Draft 3:45 pm- 3.25hrs
Continuing the ████████████████ .75 hrs

2/7/18
Morning emails .5hrs.
Working with photo shop to design the crane between building look, rough sketch. Looking good. 1.5hrs.
Morning meeting with James and the Gang. Missed Jason, 9-10 am. Focus this week is on the power pack, I have some ideas for James. 1hr
Break .25hrs.
Working on the 2nd advertising info required by Jason, I have made contact, asked questions, no response yet.
11:15 -12pm .75hrs.

Lunch

Continuing work on the Tech Super Responsibilities 4 hrs. Completed from scratch.

2/8/18

Emails .5
Phone Meeting with Matt per Job Description Cal Tech and Cal tech Super 1 hr.
Advertising notes and Research with ██████████████ today 1 hr.
████████████████████████████ Phone call attempt with James .5
████████████████████████ begin .75 hrs. completed
Lunch

Timeline notes for projects so far .5hrs Putting on my think cap
Complete the ██████████████ for full submittal to Matt and Jason today  completed – 2hrs.
Emails after lunch, ie. Bob @ Mozella, Matt for Procedures, ████████████ .75hrs
Was put on the list for bathroom and floors weekly clean up. Today is my day. 1 hr

MUNCY-000175

2/9/18
Off

2/12/18
Emails .5
Working on Certificate for Rebate/credit 1.25 hrs.
Phone call with Jason. .5hrs
█████ rev changes per Conversation 1.5 hrs.
Lunch
Continuing the ██████ after lunch .25hrs
Phone call with Jason #2 regarding pricing calibrations and traveling.  .75hrs
Emails .5hrs
Working on the ██████ 1 hr
Completing the Calibration Credit Certificate Draft 1hr
Continuing on the ████████████ .75hrs.

MUNCY-000176

**Lori Spangler**

| | |
|---|---|
| **From:** | Ric@muncyindustries.com |
| **Sent:** | Wednesday, February 21, 2018 5:28 PM |
| **To:** | jasonfetter@muncyindustries.com |
| **Subject:** | Daily Report |
| **Attachments:** | Daily Report.docx |

I have completed all tasks for the day which was quite a handful if I say so myself.   All except the ▇▇▇ which is on my to-do list for tomorrow as well as the clothing research.

I did a lot of collaboration with Matt today regarding the forms procedures. Also had to completely redo the ▇▇▇ ▇▇ , It was rank to be honest and now its sweet! lol

Best regards,

**Ric Szabo**
Calibration Tech/Field Rep
*Phone: (570) 649-5188*
*Cell: (337) 330-6860*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*





MUNCY-000183

Daily Report

New Month Ahead!

02/01/2018

Begin by emails ½ hr.
Begin working with the standard this morning, review and understanding refresher for mindset 1hr.

- Make new copy for writing use, notes, etc.

Begin also working on

- ▪ █████ for approval - final completed 2/1/18   1hr.
- ▪ █████ for new landscape look. Rev 03 completed 2hrs.
  Over One-hour lunch with Fetters today

Continue with the █████████ completion for final Rev.

Completed █████ for review. 2 hrs.

Working on Forms updates for Jason and Matt for mid Feb .5hrs

2/2/18

Making notes and checking emails .75 hrs.
Working on █████████ for final approval.  8:49am start, also having drive issues and working with James via the ██████████ list items.  Back and forth between things. 1hr total
Continuing the Form Revision .25hrs
Sorting the new drive for ease of access and forms documentation along with a few Read.me files for understanding the format. 1hr
Continuing the █████ Rev03 1hr

Lunch

Continuing the █████████
Completed █████ for final review. 3.5 hrs
Emails .5hrs

2/5/18  GO EAGLES SUPER BOWL CHAMPS

Emails this morning. .5hr
Reviewing █████ creation. .75hr

Call Magazine today find out pricing for full page articles as well as press release information.
The 3 Magazines are: Wire rope News, Wire Rope Exchange, Slingmaker (AWRF)

- Wire Rope News Completed 1hr

Working with James and █████ this morning to ██████████ today. .25hr
Working on the █████████ 10:45-12 pm 1.5hrs.
Lunch

Worked on the ███████████ remainder of day  4 hrs.

2/6/18
Morning emails combined with █████ and James regarding the █████████████. Plus,
time involved while going over my files and setting up my drawers filing system. 1.5 hrs.
Break time .25hrs
Call ████████████████. Talk about ████████████. .25hrs
Working on the █████████████ions
10:00-11:30  1.5 hrs.
Creating a ████████████████████ for my own use maybe Muncy can follow suit later
(This is for future scheduling and ease of routing)
11:30-12pm  .5 hrs.
Lunch
Continuing the Work on the Customer Data Base  .2hrs
Begin work on the █████ – Cal tech Responsibilities and Duties. Completed Draft 3:45 pm- 3.25hrs
Continuing the ████████████  .75 hrs

2/7/18
Morning emails .5hrs.
Working with photo shop to design the crane between building look, rough sketch. Looking good.  1.5hrs.
Morning meeting with James and the Gang. Missed Jason, 9-10 am. Focus this week is on the ████
████, I have some ideas for James. 1hr
Break .25hrs.
Working on the 2nd advertising info required by Jason, I have made contact, asked questions, no
response yet.
11:15 -12pm  .75hrs.

Lunch

Continuing work on the Tech Super Responsibilities  4 hrs. Completed from scratch.

2/8/18

Emails .5
Phone Meeting with Matt per Job Description Cal Tech and Cal tech Super 1 hr.
Advertising notes and Research with ████████████ today 1 hr.
████████████████████ Phone call attempt with James .5
██████████████ draft begin .75 hrs. completed
Lunch

Timeline notes for projects so far .5hrs Putting on my think cap
Complete the █████████ for full submittal to Matt and Jason today  completed – 2hrs.
Emails after lunch, ie. █████████████, Matt for Procedures, █████████ .75hrs
Was put on the list for bathroom and floors weekly clean up. Today is my day. 1 hr

2/9/18
Off

2/12/18
Emails .5
Working on Certificate for Rebate/credit 1.25 hrs.
Phone call with Jason. .5hrs
███████ rev changes per Conversation 1.5 hrs.
Lunch
Continuing the ███████ after lunch .25hrs
Phone call with Jason #2 regarding pricing calibrations and traveling. .75hrs
Emails .5hrs
Working on the ███████ 1 hr
Completing the ███████████ Draft 1hr
Continuing on the ████████████████ Process. .75hrs.

2/13/18

1. Emails   .75hrs
2. Phones   .25hrs
3. Change the sticker art.
4. Complete the ███████ w/o the screen shots from James
5. Review Matt's email and comment on the ████████
6. Get with Jason on the testing and training for the Calibration Technician candidates?
7. Work on Certificate corrections
8. Change the ████████████████
4. @5.25hrs.
7. @.75hrs.

7 hr. day began at 9 am because of closed DMV due to Mardi Gras

2/14/18 VDAY

1. Emails – Jason / Matt/ James/   .5hrs
2. Phones/ Calibration Meeting today 9am -10 am / Jason, James.   2.25Hrs
3. Change the sticker art. xx
4. Change the ████████
   a. Change the spacing to ████████████████
      █████████████ Let Jason know that the worksheet is the
      ████████████ ████████████
   b. Add the ████████
5. Work on the ████████████ and the changes for Jason
   a. Add the ████████████
6. Making notes.   .5hrs
7. Make an addition to the █████████████████
      ████████ xxx
(4). 2.5 hrs. – continuing tomorrow
(5). 2.25 hrs. – completed



MUNCY-000186

2/15/18

Tasks
1. Emails
2. Credit certificate
3. ██████ changes
4. ██████ changes
5. Creation of the ████████████████
6.

Time spent per task
(1) 1hr
(2) 3.25hrs
(3) 2
(4) 1.5hrs
(5) .25hrs.

2/16/18

Tasks
1. Emails & document reviews
2. Credit certificate
3. ██████ changes
4. ████████ changes, add ██████████████████████████
5. Phone call meetings
6. Form changes to the ████████████ sent from Jason. Make the ████████████ as needed making references.
7. For Monday, ████████████████████████

Time spent per task in hrs.
(1) .25 +.5 +.25 +1.5
(2) 0
(3) 1.5
(4) 1 + .75
(5) .25
(6) 2
(7)

2/20/18

Tasks
1. For Monday, complete the ██████████████████████ ████████
2. Complete the ██████████████████████████ ██████████████████.
3. Review Matt and Jason's ████████████████.

4. add a ████████████████████████████████████████████
5. ████████████ and make any changes necessary. Make the ████████████████████████████
   not on the revisions sheet.
6. Review the ██████████████████████████████
7. Phone call meetings
8. emails

(1) 3.5
(2) 2.75 completed and submitted
(3) .25+
(4)
(5)
(6).5
(7).25+.5
(8) .5

2/21/18
Tasks for today

1. Read through Jason's sent procedures and make notes for additional info into the ███████
2. Complete the ████████ review prior to lunch
3. add a ████████████████████████████████ revision no.
a. Discuss with Matt on any forms and drafts, and organize matts folders to reflect mine
4. ████████ review and make any changes necessary. Make the change ████████████████████
   ████████████████. Add the ████████ . Add the ██████████████████
a. Review all docs to amend the ████████████ as needed
5. Review the ██████████████████████████████
6. Make changes as needed to the related ████████████████████████████
7. Phone call meetings
8. Emails – send Jason an email laying out my plan for ████████████████████████████. Who
   is responsible and control under the iso
9. Review ██████████████ and confirm with Jason what is still needed.


(1).75 - completed
(2)2 – completed for review and submitted prior to lunch
(3).75 – completed and submitted
(4) move to tomorrow for completion, this will take some time
(5).25 -completed
(6).5 +1.75
(7).5+.25
(8).25
(9).75

MUNCY-000188

## Lori Spangler

| | |
|---|---|
| **From:** | ric@muncyindustries.com |
| **Sent:** | Monday, December 16, 2019 11:56 PM |
| **To:** | 'Jason Fetter'; sales@muncyindustries.com; gunamr@muncyindustries.com; alexr@muncyindustries.com |
| **Subject:** | FW: goals status's 12.16.19 |

All,

Status of Kits needed to be ordered or in production



- █████████ is moving forward, Contacted ████████████ this morning to ask for the ████████ ███████ can move forward on the adapters. ████ replied to me on 12/9/19 , Gave ████ till 12.17.19 to get an answer. Have not heard from ██ in a week, Give him one more day, then I call it. Checked with ██████, and we are on track for :
  1. 12.19.19 completion of ████████████████████████ and has promised prints/dwgs.
  2. Achieved super ██████████████████████ for items to make this a reality.
- █████ incomplete in PA, Getting list together to make one ███████ to purchase all items decided upon to order. Not complete at this time, will work on diligently this week
- █████ incomplete in …… """""""

Number of Muncy Boxes ready to ship in lab: 7

- One has been sold to ████████████████. Great Job Gunam and Kimberly GO TEAM!
- Need to discuss with the team- Need to figure out what  cal kits get Muncy boxes assigned to them.. If we have 10 kits, do we make 20 boxes for those kits?

Outstanding Purchasing Requests

- Uniforms ██████ needing approval,
- Working on Submitting one more this week , ████████ tape measurer

Goals for the Week

- Calibrations abroad
- Completion of ████████████████ completed draft & sent 12.16.19 to Jason
- Completion of ████████████████████. Still acquiring info. Sent new Email asking for ████████ help 12.16.19
- Create Spread sheet for the ████████████ year. EOW 12.27.19

Other deadlines

- Enforce and discuss with ████████████ Completion Status's many ████████ go over and complete. Not on track sending email 12.17.19 requesting a call back asap.
- ████████████ Completion 12/24/19, all items approved and on order. Not ready for travel. On track
- ████████████ /2020?  Need to assess how long adapter machining  and completion will take, along with lead times for ████. On track, Sending email ████ 12.17.19 requesting info
- Begin to Prepare ████████ for Justin and Kimberly in PA- I will have an excel spreadsheet for your approval EOB 12.23.19

MUNCY-000209

Best regards,

**Ric Szabo**
Calibration Tech/Field Rep
***Phone:*** *(570) 649-5188*
***Cell:*** *(337) 330-6860*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*



2

MUNCY-000210

**Lori Spangler**

| | |
|---|---|
| **From:** | ric@muncyindustries.com |
| **Sent:** | Wednesday, December 25, 2019 10:22 PM |
| **To:** | 'Jason Fetter'; sales@muncyindustries.com; gunamr@muncyindustries.com; alexr@muncyindustries.com |
| **Subject:** | FW: goals status's 12.26.19 |

All,

Status of Kits needed to be ordered or in production TOP PRIORITY ITEMS

- ███████████████ completed. ███ has what we need and I have what I need. Just getting price on the new ███ is all left to do.
- ███████ incomplete in PA, Getting list together to make one ███████ to purchase all items decided upon to order. Completion Date 12/30/19
- ███████ incomplete in …… """"""""12/30/19
- Possible ███████ - Asked ██████████████████ Monday 12.23.19

Number of Muncy Boxes ready to ship in lab: 7

- Need to compose a bulk order for a new round of 20 boxes. ██████████████ completion date 12/30/19
- Need to order cases for kit boxes, Will research this week, discussion with you on 12/27/19

Outstanding Purchasing Requests

- Uniforms ██████ needing approval, sending to Shawn 12/26/19

Goals for the Week

- Complete all above discussions for approvals by 12.30.19
- Submit all ██████ to you by 12.30.19
- Prepare for next week  2 cal kits to check in.
- Hook up Lab hoses and power, 12/30/19

Best regards,

**Ric Szabo**

Calibration Tech/Field Rep
**Phone:** *(570) 649-5188*
**Cell:** *(337) 330-6860*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

MUNCY-000211



MUNCY-000212

**Lori Spangler**

---

| | |
|---|---|
| **From:** | ric@muncyindustries.com |
| **Sent:** | Monday, December 30, 2019 10:49 AM |
| **To:** | 'Jason Fetter'; sales@muncyindustries.com; alexr@muncyindustries.com |
| **Subject:** | FW: goals status's 12.26.19 |

I forgot to add some other items for this week see below.

Section Addition Goals this week

- Begin Working on the Company owned vehicle Maintenance Plan for GMC, Ford 350 Diesel, Toyota Scion IM
- Begin working on a new Calibration Kit to be ordered for our next kit to be produced

## Ric Szabo

Calibration Tech/Field Rep

*Phone: (570) 649-5188*
*Cell: (337) 330-6860*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*



---

**From:** ric@muncyindustries.com <ric@muncyindustries.com>
**Sent:** Monday, December 30, 2019 8:55 AM
**To:** ric@muncyindustries.com
**Subject:** FW: goals status's 12.26.19

## Ric Szabo

Calibration Tech/Field Rep

*Phone: (570) 649-5188*
*Cell: (337) 330-6860*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

MUNCY-000213



**From:** ric@muncyindustries.com <ric@muncyindustries.com>
**Sent:** Wednesday, December 25, 2019 9:22 PM
**To:** 'Jason Fetter' <jasonfetter@muncyindustries.com>; 'sales@muncyindustries.com' <sales@muncyindustries.com>; 'gunamr@muncyindustries.com' <gunamr@muncyindustries.com>; 'alexr@muncyindustries.com' <alexr@muncyindustries.com>
**Subject:** FW: goals status's 12.26.19

All,

Status of Kits needed to be ordered or in production TOP PRIORITY ITEMS

- ███████████ design completed. ███ has what we need and I have what I need. Just getting price on the new is all left to do.
- ██████████████ in PA, Getting list together to make one ███████ to purchase all items decided upon to order. Completion Date 12/30/19
- ██████████████ in …… """""""12/30/19
- ██████████████, - Asked ████████████████ Monday 12.23.19

Number of Muncy Boxes ready to ship in lab: 7

- Need to compose a bulk order for a new round of 20 boxes. ████████████████ completion date 12/30/19
- Need to order cases for kit boxes, Will research this week, discussion with you on 12/27/19

Outstanding Purchasing Requests

- Uniforms ██████ needing approval, sending to Shawn 12/26/19

Goals for the Week

- Complete all above discussions for approvals by 12.30.19
- Submit all ██████ to you by 12.30.19
- Prepare for next week  2 cal kits to check in.
- Hook up Lab hoses and power, 12/30/19

Best regards,

**Ric Szabo**
Calibration Tech/Field Rep
**Phone:** (570) 649-5188
**Cell:** (337) 330-6860

**Muncy Industries, LLC**
*109A Balboa Drive*

2

MUNCY-000214

*Broussard, LA 70518*



MUNCY-000215

**Lori Spangler**

| | |
|---|---|
| **From:** | ric@muncyindustries.com |
| **Sent:** | Monday, November 4, 2019 10:26 AM |
| **To:** | jasonfetter@muncyindustries.com; sales@muncyindustries.com |
| **Subject:** | FW: Goals to Complete Tasks EOB Friday |

I needed to add something to list see updated below

Best regards,

**Ric Szabo**

Calibration Tech/Field Rep
*Phone: (570) 649-5188*
*Cell: (337) 330-6860*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*





---

**From:** ric@muncyindustries.com <ric@muncyindustries.com>
**Sent:** Monday, November 4, 2019 9:22 AM
**To:** 'Jason Fetter' <jasonfetter@muncyindustries.com>
**Cc:** 'sales@muncyindustries.com' <sales@muncyindustries.com>
**Subject:** RE: Goals to Complete Tasks EOB Friday

Goals this week, below:

- Complete Cal Lab to its upmost capability with my existing resources, Not moving machine at this time.
- Get approval for Hosing. (3 quotes are coming fast, EOB today)
- Clean up old Muncy Box lab ███████ new classroom) next door. Bring all left over items over into main building and store in proper locations.(Today)
- Submit receipts today
- It has been requested by ██████████████████████, wiring and testing, this week (8hrs minimum) with your approval.
- Complete Kit #1 Weight balance challenge between all containers. Show proof. My plan is to do one kit per week, when I am in Lafayette.
- Get █████████████████ for our travel kits program this week. Request has been accepted by ██████ already.
- Local calibrations with ████████ Wednesday.
- Begin training with Aaron possibly.

MUNCY-000216

- Finalize ███████████ training, sign off on practical at ████████ this week.
- Place order with Shawn for New round of muncy box parts . We need a few extra for spare parts as well.

Wow that's a lot! I may have over done it, but it will give it my all.

Best regards,

**Ric Szabo**

Calibration Tech/Field Rep
*Phone: (570) 649-5188*
*Cell: (337) 330-6860*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*



---

**From:** Jason Fetter <jasonfetter@muncyindustries.com>
**Sent:** Monday, November 4, 2019 7:43 AM
**To:** ric@muncyindustries.com
**Cc:** sales@muncyindustries.com
**Subject:** Re: Goals to Complete Tasks EOB Friday

Ric

Good morning.

Let's go over last week's list and send this week's goals.

Please send me receipts and explanations today.

Sincerely,


Jason Fetter
Vice President
Muncy Industries, LLC
Main: (570) 649-5188
Cell: (281) 961-7658
http://www.MuncyIndustries.com

On Nov 1, 2019, at 4:54 PM, <ric@muncyindustries.com> <ric@muncyindustries.com> wrote:

Gave it my all, sir. Even stayed late yesterday and today.

2

MUNCY-000217

- Update plan for Lab and submit this afternoon (awaiting ▮▮▮▮▮ for Hoses sent originally 10/25/19, then again on 10/29/19) Successful on Three sources for Quotes (Monday results) and plan completed and submitted.
- Finalize the FM # for calibration stickers with Dave and submit Artwork to Printer for quoting(Use ▮▮▮▮▮ Completed, Quote in the works from ▮▮▮▮▮, she contacted me today twice with questions
- Submit uniform ▮▮▮ For approval Final Decision(includes Ric, Alex, Will Sizes) Approved by J Fetter
- Complete Kit #1 check in Sheet send to Jason (Monday,AM)
- Build Muncy Box travel Case for Kit#1 & add to Kit #1. You and I Discussed new tactics for this issue Thursday &  I have a new plan of attack I will discuss Monday If you have a moment)
- Write ▮▮▮▮▮ properly In process, I decided to concentrate on the ▮▮▮▮▮ which has been completed and I have submitted an ▮▮▮ for you and Dave to approve
- Write ▮▮▮▮▮ Still need to Do
- Write ▮▮▮▮▮ procedures. In process, I sent you what I have completed so far via email today
- Get with ▮▮▮▮▮ sheets and training program for the other Locations. (Implement official training for other locations) Completed
- Get the Lab prepped for the move, Carpet to be cut out, final Paint and trim, clean up room and furniture and shelving in place. Put up Trim today, I pulled up my carpet for where the machine is going, Making progress sir.

Best regards,

**Ric Szabo**
Calibration Tech/Field Rep
**Phone:** *(570) 649-5188*
**Cell:** *(337) 330-6860*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

<image001.png>

---

**From:** Jason Fetter <jasonfetter@muncyindustries.com>
**Sent:** Friday, November 1, 2019 3:26 PM
**To:** ric@muncyindustries.com
**Cc:** sales@muncyindustries.com
**Subject:** Re: Goals to Complete Tasks EOB Friday

Ric

How did we do?

Sincerely,


Jason Fetter
Vice President
Muncy Industries, LLC

3

MUNCY-000218

Main: (570) 649-5188
Cell: (281) 961-7658
http://www.MuncyIndustries.com

On Oct 30, 2019, at 9:48 AM, <ric@muncyindustries.com> <ric@muncyindustries.com> wrote:

> I sent your weekly update on ████████ as per our agreement yesterday morning at 745
> am. Did you not see that?
>
> Best regards,
> **Ric Szabo**
> Calibration Tech/Field Rep
> *Phone: (570) 649-5188*
> *Cell: (337) 330-6860*
>
> **Muncy Industries, LLC**
> *109A Balboa Drive*
> *Broussard, LA 70518*
>
>
> <image001.png>
>
> ---
>
> **From:** Jason Fetter <jasonfetter@muncyindustries.com>
> **Sent:** Wednesday, October 30, 2019 9:35 AM
> **To:** ric@muncyindustries.com
> **Cc:** sales@muncyindustries.com
> **Subject:** Re: Goals to Complete Tasks EOB Friday
>
> Ric
>
> Good morning.
>
> Great!  See see what you can do.  Please also send update email on ████████
> ████████.
>
> Before you build any kits, I don't think they were approved by me: please call to
> discuss.  I have indicated what I want: ████████████████████████████████████,
> and proof these goals are achieved.
>
> Please also submit receipts.
>
> Sincerely,
>
>
> Jason Fetter
> Vice President
> Muncy Industries, LLC
> Main: (570) 649-5188
> Cell: (281) 961-7658
> http://www.MuncyIndustries.com

4

MUNCY-000219

On Oct 30, 2019, at 7:03 AM, <ric@muncyindustries.com> <ric@muncyindustries.com> wrote:

Jason I would like to achieve these completed tasks EOB Friday.

• Update plan for Lab and submit this afternoon (awaiting Approval on ███████ for Hoses sent originally 10/25/19, then again on 10/29/19)
• Finalize the ████████████████ with Dave and submit Artwork to Printer for quoting(Use Shawn Contact)
• Submit uniform ██████ For approval Final Decision(includes Ric, Alex, Will Sizes)
• Complete Kit #1 check in Sheet send to Jason
• Build Muncy Box travel Case for Kit#1 & add to Kit #1
• Write ████████████████████████████ properly
• Write ███████████████████████████
• Write ████████████████████████████ procedures
• Get with ██████████████████████████ check in sheets and training program for the other Locations. (Implement official training for other locations)
• Get the Lab prepped for the move, Carpet to be cut out, final Paint and trim, Cleaned up and furniture and shelving in place.

Best regards,

**Ric Szabo**
Calibration Tech/Field Rep
***Phone:*** *(570) 649-5188*
***Cell:*** *(337) 330-6860*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

<image001.png>

MUNCY-000220

**Lori Spangler**

**From:** ric@muncyindustries.com
**Sent:** Thursday, November 14, 2019 9:37 PM
**To:** jasonfetter@muncyindustries.com
**Subject:** FW: list update see added ███████ update design

Current status of documents

████████████████████ 100% completed – submitted 11/13/19
██████████████████ – 100% Completed – submitted 11/13/19
█████████████████ – 25% completed – began writing this evening -11/14/19
██████████ Change request - ████████████████████ using the
█████ completed
Calibration Sticker changes – Draft for your approval – Completion today 11/14/19 – I have this created but I do not
have a way to produce art very well. Attached

Best regards,

**Ric Szabo**

Calibration Tech/Field Rep
*Phone: (570) 649-5188*
*Cell: (337) 330-6860*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*



---

**From:** ric@muncyindustries.com <ric@muncyindustries.com>
**Sent:** Wednesday, November 13, 2019 9:41 AM
**To:** jasonfetter@muncyindustries.com
**Subject:** list

See below of what I have on my list to do:

• Calibration stickers: what should be on the sticker I will draft this week and discuss next week with team to
finalize for final quoting. I did get quotes last week but something new came up this week during trip to add to sticker.
███████████

• Submit uniform ██████ For approval Final Decision(includes Ric, Alex, Will Sizes) completed. Following up with
Shawn today.

MUNCY-000221

- Write ██████████████████████ properly - I will complete early next week. No later than 11/19/19
- Write ███████████████████ Procedures – Beginning Today during travels today. Completion goal date 11/16/19 amongst all calibrations and travels remaining this week.
- Write █████████████████ procedures – Completion date today before leaving for Airport 11/13/19
- I have submitted an ███████████████████████████████ and I 've heard nothing, I will still make a draft revision for your approval. Completion of Draft 11/17/19

Current status of documents above:

████████████████████ – 45% completed – will finish today before leaving hotel
████████████████████ – 0% Completed – Will work on during travels today. Begin at hotel before leaving today.
████████████████ – 0% completed –
███████████████ – Calibration Equipment SOP Change request - ████████████████████ using the
████ - 0% completed
Calibration Sticker changes – Draft for your approval – Completion today 11/13/19

Best regards,
**Ric Szabo**
Calibration Tech/Field Rep
*Phone: (570) 649-5188*
*Cell: (337) 330-6860*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*



MUNCY-000222

## Lori Spangler

**From:** ric@muncyindustries.com
**Sent:** Friday, November 15, 2019 6:35 PM
**To:** jasonfetter@muncyindustries.com
**Cc:** 'kimberly.wonesky'
**Subject:** FW: list updated Friday 15:30pm

Jason I just want to keep you updated as much as possible See latest attached Updated Manuals Completed

Current status of documents

████████████████████ – 100% completed – submitted 11/13/19

████████████████████ – 100% Completed – submitted 11/13/19 Updating the document with screen shots from todays and submitting again.

████████████ – 99.9 % needs example pics 11/15/19 early today, org completion date 11/19/19

████ submission – ████████████████ request - WI draft to add in the ████████ Process using the ████ - 0% completed completion Deadline 11/17/19 Monday.

Calibration Sticker changes – Draft for your approval – Completion today 11/14/19 I have this created but I do not have a way to produce art very well.

Per voluntary request – I want to create a ████████████████ change, to allow use of the ████████████████ by The App itself. I plan on working this over the weekend and tonight at the airport.

Best regards,

**Ric Szabo**
Calibration Tech/Field Rep
*Phone: (570) 649-5188*
*Cell: (337) 330-6860*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*





---

**From:** ric@muncyindustries.com <ric@muncyindustries.com>
**Sent:** Thursday, November 14, 2019 8:37 PM

MUNCY-000223

**To:** jasonfetter@muncyindustries.com
**Subject:** FW: list update see added ████████ update design

Current status of documents

████████████████████████████ – 100% completed – submitted 11/13/19
████████████████████████ – 100% Completed – submitted 11/13/19
█████████████████ – 25% completed – began writing this evening -11/14/19
████████ – ████████████████████████████████████ Change request - ████████████████████████████████████ using the
████████ – 0% completed
Calibration Sticker changes – Draft for your approval – Completion today 11/14/19 – I have this created but I do not
have a way to produce art very well. Attached

Best regards,

**Ric Szabo**
Calibration Tech/Field Rep
*Phone:* (570) 649-5188
*Cell:* (337) 330-6860

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*



---

**From:** ric@muncyindustries.com <ric@muncyindustries.com>
**Sent:** Wednesday, November 13, 2019 9:41 AM
**To:** jasonfetter@muncyindustries.com
**Subject:** list

See below of what I have on my list to do:

• Calibration stickers: what should be on the sticker I will draft this week and discuss next week with team to
finalize for final quoting. I did get quotes last week but something new came up this week during trip to add to sticker.

████████
• Submit uniform ████████ For approval Final Decision(includes Ric, Alex, Will Sizes) completed. Following up with
████████ today.
• Write ████████████████████████████████ properly -I will complete early next week. No later
than 11/19/19
• Write ████████████████████████████████ – Beginning Today during travels today. Completion
goal date 11/16/19 amongst all calibrations and travels remaining this week.
• Write ████████████████████████ procedures – Completion date today before leaving for
Airport 11/13/19

MUNCY-000224

- I have submitted an ██████████████████████████████ and I 've heard nothing, <mark>I will still make a draft revision for your approval. Completion of Draft 11/17/19</mark>

Current status of documents above:

████████████████████████ – 45% completed – will finish today before leaving hotel
████████████████████ – 0% Completed – Will work on during travels today. Begin at hotel before leaving today.

█████████████████████████ – 0% completed –
   submission – █████████████████ request -████████████████████████ using the
█████████ - 0% completed

Calibration Sticker changes – Draft for your approval – Completion today 11/13/19

Best regards,

**Ric Szabo**
Calibration Tech/Field Rep
*Phone:* (570) 649-5188
*Cell:* (337) 330-6860

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*



MUNCY-000225

**Lori Spangler**

| | |
|---|---|
| **From:** | Ric@muncyindustries.com |
| **Sent:** | Thursday, January 18, 2018 5:06 PM |
| **To:** | jasonfetter@muncyindustries.com |
| **Subject:** | FW: ███████████████ |

Jason Please refer to this Rev o1 Draft of the SOP

**From:** Ric@muncyindustries.com [mailto:Ric@muncyindustries.com]
**Sent:** Thursday, January 18, 2018 3:50 PM
**To:** 'Joe Roberts' <joeroberts45@gmail.com>
**Cc:** 'Jason Fetter' <jasonfetter@muncyindustries.com>
**Subject:** RE: ███████████████

Joe ,

Based on our phone call today, I have decided to correct the SOP changes that you suggested to get that behind me and I made text changes also according to my notes. I will work on ██████ for the form 1ˢᵗ thing in the morning and have that ready for submittal by EOB tomorrow.

**From:** Joe Roberts [mailto:joeroberts45@gmail.com]
**Sent:** Wednesday, January 17, 2018 9:58 PM
**To:** Ric Szabo <Ric@muncyindustries.com>
**Cc:** Jason Fetter <jasonfetter@muncyindustries.com>
**Subject:** Re: ███████████████

Good Start
More tomorrow

Joe

On Wed, Jan 17, 2018 at 5:25 PM, <Ric@muncyindustries.com> wrote:

> Joe I have created what I believe to be the beginning of a ███████████████ outline
>
> Please take a look at the attached and please I beg of you to share your comments regarding my outline, please make any notes on the document for me to follow. It's probably all wrong, as I do not have ██████ in my hand at the moment but it is in process of getting purchased.
>
>
> Best regards,
>
> **Ric Szabo**
>
> Calibration Tech/Field Rep

1

MUNCY-000226

**Muncy Industries, LLC**

*109A Balboa Drive*

*Broussard, LA 70518*

**Phone:** *(570) 649-5188*

**Cell:** *(337) 501-1044*



--
Joe Roberts
(M)  912.507.5577
POBox 14114
Savannah, GA 31416

2

MUNCY-000227

## Lori Spangler

**From:** Ric@muncyindustries.com
**Sent:** Tuesday, January 16, 2018 3:28 PM
**To:** James Stahl; jasonfetter@muncyindustries.com; 'Joe Roberts'
**Subject:** FW: Test bed Meeting notes

James see the attached list. It's a mock up but just send me some thoughts on it, maybe whether or not we need to get some serious purchasing going regarding missing items. Thank you

**From:** Ric@muncyindustries.com [mailto:Ric@muncyindustries.com]
**Sent:** Wednesday, January 10, 2018 1:30 PM
**To:** 'James Stahl' <James@muncyindustries.com>; 'Mom' <opheliaf@muncyindustries.com>; 'James Fetter' <jfetter@muncyindustries.com>; 'Justin Fetter' <justinfetter@muncyindustries.com>; 'Jason Fetter' <jasonfetter@muncyindustries.com>; 'mbell@muncyindustries.com' <mbell@muncyindustries.com>; 'Joe Roberts' <joeroberts45@gmail.com>
**Subject:** RE: Test bed Meeting notes

James , I will be putting together a list of items that we will need to have in each kit prior to hitting the streets, minus what you already have or have on order.
Also we need to dedicate some serious time to the certification process and how Muncy intends to achieve this digitally. I do have a file but not sure how that's going to play out.

Jason, we will need to discuss this in much more detail regarding the certification process and the current software file I have, to achieve this.

**From:** James Stahl [mailto:James@muncyindustries.com]
**Sent:** Wednesday, January 10, 2018 10:14 AM
**To:** 'Mom' <opheliaf@muncyindustries.com>; 'James Fetter' <jfetter@muncyindustries.com>; 'Justin Fetter' <justinfetter@muncyindustries.com>; 'Jason Fetter' <jasonfetter@muncyindustries.com>; mbell@muncyindustries.com; ric@muncyindustries.com; 'Joe Roberts' <joeroberts45@gmail.com>
**Subject:** Test bed Meeting notes

## Cylinders Just Arrived



1

Ric:
-Muncy Calibration sticker and calibration report.
-All of our calibration worksheets and stuff
-Ric will be filling out the ███████████████████ and James will approve them to be ordered.
███████████████

**James Stahl**
*Electrical Engineer*
*Muncy Measurements Division Manager*

**Muncy Industries, LLC**
*5820 Susquehanna Trail*
*Turbotville, PA 17772*

***Phone:** (570) 649-5188*



2

MUNCY-000229

**Lori Spangler**

| | |
|---|---|
| **From:** | Ric Szabo <ric@muncyindustries.com> |
| **Sent:** | Wednesday, July 15, 2020 4:34 PM |
| **To:** | jasonfetter@muncyindustries.com |
| **Subject:** | FW: today list |

**Regards,**

**Ric Szabo**
*Calibration Tech/Field Rep*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

***Local:*** *(337) 839-9000*
***Main:*** *(570) 649-5188*
***Mobile:*** *(337) 330-6860*



**From:** Ric Szabo <ric@muncyindustries.com>
**Sent:** Tuesday, July 7, 2020 8:46 AM
**To:** 'Megan Delahoussaye' <megand@muncyindustries.com>
**Subject:** RE: today list

Will do, thanks

**Regards,**

**Ric Szabo**
*Calibration Tech/Field Rep*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

***Local:*** *(337) 839-9000*

1

MUNCY-000230

*Main: (570) 649-5188*
*Mobile: (337) 330-6860*



**From:** Megan Delahoussaye <megand@muncyindustries.com>
**Sent:** Tuesday, July 7, 2020 8:38 AM
**To:** 'Ric Szabo' <ric@muncyindustries.com>
**Subject:** RE: today list

Complete ████████████████ – prepare to ship
Build 2 Muncy Boxes –
Take █████████████████████████████
After that is complete ███████████████

Time permitting – Begin tomorrows list
1 Muncy Box
███████████████████ ( Issue with ███████ is still a problem)
        Explanation can be provided if need be.


**Regards,**

## Megan Delahoussaye
*Plant Administrator/Calibration/Recruiter/Sales*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

*Local: (337) 839-9000*
*Main: (570) 649-5188*



MUNCY-000231

**From:** Ric Szabo <ric@muncyindustries.com>
**Sent:** Tuesday, July 7, 2020 8:33 AM
**To:** 'Megan Delahoussaye' <megand@muncyindustries.com>
**Subject:** today list

Complete ██████████████ – prepare to ship
Build 2 Muncy Boxes –

Time permitting – Begin tomorrows list
1 Muncy Box
████████████████████████ ( Issue with ██████ is still a problem)
        Explanation can be provided if need be.

**Regards,**

**Ric Szabo**
*Calibration Tech/Field Rep*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

*Local: (337) 839-9000*
*Main: (570) 649-5188*
*Mobile: (337) 330-6860*





MUNCY-000232

## Lori Spangler

**From:** Ric Szabo <ric@muncyindustries.com>
**Sent:** Wednesday, April 15, 2020 10:05 AM
**To:** jasonfetter@muncyindustries.com; 'Megan Delahoussaye'
**Subject:** FW: todays tasks -4/15/20

Task to complete today:

- ████████s approval – All Completed except - Truck cover- sending new soft cover quotes EOB today.
- Update status of ██████████ quoting- Status has changed and need to discuss going forward. Can we talk today? During my me time 3pm -5pm
- ██████████████ _ - Waiting on Kimberly to give Direction.
- Insulation in showroom continuing. Clean up the show room and the test bed machine.
- Work on Safety Screen Design Plan B – Let's Talk I have a new idea to Share its simple, easy, and mildly expensive but it works!
- Sourcing ████████████████ and getting pricing and Lead times.
- VERY IMPORTANT – ████████████████ we need to adhere to ASAP. Creating a list of these evident changes and the team needs to have a candid discussion on relevance and placement within our ████████ ████████ This needs to be implement before we travel.

**Regards,**

**Ric Szabo**
*Calibration Tech/Field Rep*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

**Local:** *(337) 839-9000*
**Main:** *(570) 649-5188*
**Mobile:** *(337) 330-6860*



**From:** Ric Szabo <ric@muncyindustries.com>
**Sent:** Monday, April 13, 2020 10:45 PM
**To:** 'jasonfetter@muncyindustries.com' <jasonfetter@muncyindustries.com>; 'Megan Delahoussaye' <megand@muncyindustries.com>
**Subject:** todays tasks -4/14/20

MUNCY-000233

Task to complete today:

- ███████ approval – sent to your inbox last night
- Update status of ██████████████ - Status has changed and need to discuss going forward. Can we talk today?
- –██████████████ - completed. Prepare items to be shipped to customer.
- Insulation in showroom continuing. Need Shandi's help, Josh out today! Clean up the show room and the ████ ██████████
- Work on Safety Screen Design Plan B – Lets Talk I have a new idea to Share its simple, easy, and mildly expensive but it works!


Regards,

**Ric Szabo**
*Calibration Tech/Field Rep*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

*Local:* *(337) 839-9000*
*Main:* *(570) 649-5188*
*Mobile:* *(337) 330-6860*



MUNCY-000234

**Lori Spangler**

| | |
|---|---|
| **From:** | Ric@muncyindustries.com |
| **Sent:** | Thursday, January 3, 2019 11:28 AM |
| **To:** | jasonfetter@muncyindustries.com |
| **Subject:** | FW: tomorrows to do list |

New Updates and times for Below:

Completion of assembly room – Completed ready for work. Will be going over today to begin my first box using the written work instructions.

10 Muncy Box assemblies – Still have not received the ███████████████. I tried to get more information on Monday Dec 31st. I was told to stay out of it and let Sales and Shawn handle it. Once received I can complete the boxes and put them into inventory for sale.  Estimation Completion of 10 boxes: 01/25/19

████████ –I have requested a timeline outline from him and a concept design for visual on this. He has been out for vacation. I am reaching out today to shoot him a reminder.

████████ – been working with ████████ and awaiting quotes. I have a small email from ████ as of yesterday regarding a route to take. I feel this is a good suggestion. I have since replied and asked for a little more advice and a starting point. My Goal is to have a ████████████ we need by EOM.

---

**From:** Ric@muncyindustries.com <Ric@muncyindustries.com>
**Sent:** Friday, December 21, 2018 9:53 AM
**To:** 'Jason Fetter' <jasonfetter@muncyindustries.com>
**Subject:** RE: tomorrows to do list

Jason please see below in blue

---

**From:** Jason Fetter <jasonfetter@muncyindustries.com>
**Sent:** Thursday, December 20, 2018 2:01 PM
**To:** Ric@muncyindustries.com
**Subject:** Re: tomorrows to do list

Ric

Please give me update and timeline for:

Completion of assembly room – the room will be completed and ready for production 12-21-18

10 Muncy Box assemblies – we are awaiting ████████████████████ ████ is working the situation to get these to Lafayette ASAP. Once received I can complete the boxes and put them into inventory for sale.  Estimation Completion of 10 boxes: 01/11/19

████████████ – I have been working with ████ this past couple of weeks in between his other projects. We have come up with a concept design and he is sorting out the details. As of yesterday I have requested a timeline outline from him and a concept design  visual.

████████████████████████ and awaiting quotes. I need to provide both with a measurement of the ████████████████████. Need to get with James and/or Justin and decide which is the best way to utilize the top of the tester for this purpose. We (Muncy) will need to fab something to ████████████████████.
In process!

Thanks!

MUNCY-000235

Sincerely,

Jason

**Jason Fetter**
**Vice President**

**Muncy Industries, LLC**
570-649-5188 Phone
570-649-5850 Fax
<u>281-961-7658</u> Cell
http://www.MuncyIndustries.com



On Oct 11, 2018, at 4:55 PM, <Ric@muncyindustries.com> <Ric@muncyindustries.com> wrote:

Jason here is a taste of what I intend to do tomorrow. I'll do my best to complete

10/12/18
Complete Work Evaluation and email to Jason
Get with John and go next door and come up with an area to begin assembly of software Boxes.
Complete Jason's request for a Diagram Flow in the Muncy Box Assembly Plan
Create List for Jason involving all items in each Calibration Kit.
Talk briefly with Kimberly regarding the sales form discussed in the meeting and begin a draft for her
Complete folders from Last Calibration trip and file away
Clean out inbox

Future below:
Work on ███████████████████ – compression ██████████████?

By EOY complete the Design process, Approval, and Manufacturing of the ████████████████████
    Create sketch for ████████████████████ submit to Alex and Jason
    Design a standard size ██████████████████████████ with all pins and
associated boxes included.

Best regards,
**Ric Szabo**
Calibration Tech/Field Rep
*Phone: (570) 649-5188*
*Cell: (337) 330-6860*

**Muncy Industries, LLC**
*109A Balboa Drive*

MUNCY-000236

*Broussard, LA 70518*

&lt;image001.png&gt;

MUNCY-000237

**Lori Spangler**

| | |
|---|---|
| **From:** | Ric Szabo <ric@muncyindustries.com> |
| **Sent:** | Wednesday, April 1, 2020 9:29 AM |
| **To:** | jasonfetter@muncyindustries.com |
| **Subject:** | FW: Updated to do List as of 4/1/20 |

Jason good morning, see my list today.

To do today:
Updated- Complete and submit Draft revision of Vehicle Maintenance plan with a new single form stating Jason Fetters guidelines.
        Need to review the personnel vehicle maintenance agreement, so I know what employees are responsible for
Updated - Turn in Rough Draft for ▮▮▮▮▮▮▮▮ Instruction <mark>. Turning in Draft this morning.</mark>
Updated- Finalize a decision today on who we will use to calibrate our ▮▮▮▮▮ - Mike is getting me a cert to look at this morning
Updated- Work out kinks with these rigging shops quoting our adapters and get some Costs. <mark>Lost one Shop today , must acquire a new Shop to compare pricing.</mark> Send out a NDA
 Updated- Follow up with Shawn and see if he ordered the Screen


This week forthcoming:
Calibrations Showed up at the shop 3/31/20, I will have some shop Cals to do this week – ▮▮▮▮▮▮▮. 2ea.
Add ons:
Get quotes on a ▮▮▮▮▮ this week - $487.00
Submit New Draft and forms for Vehicle maintenance tomorrow 4/1/30 in am hours.
Keep working with Machine Shops pressing for quotes on Adapters this week.
Send Cal Kit 1 To Calibration Lab this week.
Complete and Finalize Work Instruction for Tester and approved by Jason


**Regards,**


**Ric Szabo**
*Calibration Tech/Field Rep*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

***Local:** (337) 839-9000*
***Main:** (570) 649-5188*
***Mobile:** (337) 330-6860*

MUNCY-000238



**From:** Ric Szabo <ric@muncyindustries.com>
**Sent:** Tuesday, March 31, 2020 2:31 PM
**To:** 'jasonfetter@muncyindustries.com' <jasonfetter@muncyindustries.com>
**Subject:** FW: Updated to do List as of 3/31/20

Jason, with all the different tasks, I have updated my list to keep us on track together. Did this on my lunch as to not take time from Work hours.

To do today:
Updated- Complete and submit Draft revision of Vehicle Maintenance plan with a new single form stating Jason Fetters guidelines.
       Must create the from in Excel this time.
Updated - Turn in Rough Draft for ▮▮▮▮▮▮▮▮▮▮ Instruction  On schedule for Draft completion today
Updated- Finalize a decision today on who we will use to calibrate our Cal Kits $$ - Still needs approval from Jason almost there.
Updated- Work out kinks with these rigging shops quoting our adapters and get some Costs. ==Lost one Shop today , must acquire a new Shop to compare pricing.== Send out a NDA
 Updated- Finalize and order Screen with Jason's Approval. Shawn has confirmed he will take care of this and we get free Shipping. Completed


This week forthcoming:
Calibrations Showed up at the shop today, I will have some shop Cals to do this week – ▮▮▮▮▮▮▮▮. 2ea.
Add ons: Confirm ok to travel again Road trip style with Will . Let Jason know any concerns
Get quotes on a ▮▮▮▮▮▮ this week
Submit New Draft and forms for Vehicle maintenance tomorrow 4/1/30 in am hours.
Keep working with Machine Shops pressing for quotes on Adapters this week.
Send Cal Kit 1 To Calibration Lab this week.
Complete and Finalize Work Instruction for Tester and approved by Jason


**Regards,**

**Ric Szabo**
*Calibration Tech/Field Rep*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

***Local:*** *(337) 839-9000*
***Main:*** *(570) 649-5188*

MUNCY-000239

*Mobile: (337) 330-6860*



**From:** Ric Szabo <ric@muncyindustries.com>
**Sent:** Tuesday, March 31, 2020 9:58 AM
**To:** 'Jason Fetter' <jasonfetter@muncyindustries.com>
**Subject:** RE: work from home today list

Jason my apologies, I thought since you had given me a number of tasks to complete, that I would keep going on them. Here 's todays list.
Also See attached Updated Vehicle Maintenance Plan as we discussed.


To do today:
Complete and Finalize Vehicle Maintenance plan
Turn in Rough Draft for ████████████ Instruction
Finalize a Decsion today on who we will use to calibrate our Cal Kits $$
Work out kinks with these rigging shops quoting our adapters and get some Costs.
Discuss Draft and complete draft revision and submit for secondary approval
Finalize and order Screen with Jason's Approval. Get UPS Account # from Richard.

Calibrations Showed up at the shop today, I will have some shop Cals to do this weeek


**Regards,**


**Ric Szabo**
*Calibration Tech/Field Rep*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

*Local: (337) 839-9000*
*Main: (570) 649-5188*
*Mobile: (337) 330-6860*

MUNCY-000240



**From:** Jason Fetter <jasonfetter@muncyindustries.com>
**Sent:** Tuesday, March 31, 2020 8:45 AM
**To:** ric@muncyindustries.com
**Subject:** Re: work from home today list

Ric

Good morning.

Please send this daily list of the days goals first thing in the Morning each day.

Thanks!

Sincerely,


Jason Fetter
Vice President
Muncy Industries, LLC
Main: (570) 649-5188
Cell: (281) 961-7658
http://www.MuncyIndustries.com


On Mar 30, 2020, at 8:41 AM, ric@muncyindustries.com wrote:


See attached list for today. Please call to discuss.

**Ric Szabo**
Calibration Tech/Field Rep
**Phone:** *(570) 649-5188*
**Cell:** *(337) 330-6860*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*


<image001.png>

MUNCY-000241

MUNCY-000242

## Lori Spangler

**From:** Ric Szabo <ric@muncyindustries.com>
**Sent:** Thursday, April 2, 2020 10:26 AM
**To:** jasonfetter@muncyindustries.com
**Subject:** FW: Updated to do List as of 4/2/20

Good Morning, I was hoping to have some huge changes to my list but only a few so far, See below:

To do today:

Updated- Completed Vehicle Maintenance Log form Draft -awaiting your review.

Need to review the personnel vehicle maintenance agreement, so I know what employees are responsible for

Updated - Turn in Rough Draft for ████████████████ Instruction . Completed – awaiting discussion or markups.

Updated- Finalize a decision today on who we will use to calibrate our Cal Kits $$ - spoke with Frank and he is sending me an email this morning on Why we shouldn't use ██ .

Updated- Work out kinks with these rigging shops quoting our adapters and get some Costs. I have a new second Shop in Broussard, ████████████

 Updated- Shawn did order the screen – possible arrival Today or Tomorrow in LAF.

In LAB: I will complete the ████ Calibration as I ran out of time yesterday evening.  About 1 hr left on this.

Continue to do tasks in shop such as , Clean up Lab, Hang power Disconnect over Forklift Charger

Work with Scott Friday to hang up two lights in Bldg2 .  Today I will rally and make sure I have everything needed to complete this job successfully

**Regards,**

**Ric Szabo**
*Calibration Tech/Field Rep*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

**Local:** *(337) 839-9000*
**Main:** *(570) 649-5188*
**Mobile:** *(337) 330-6860*



MUNCY-000243

**From:** Ric Szabo <ric@muncyindustries.com>
**Sent:** Wednesday, April 1, 2020 8:29 AM
**To:** 'jasonfetter@muncyindustries.com' <jasonfetter@muncyindustries.com>
**Subject:** FW: Updated to do List as of 4/1/20

Jason good morning, see my list today.

To do today:
Updated- Complete and submit Draft revision of Vehicle Maintenance plan with a new single form stating Jason Fetters guidelines.
        Need to review the personnel vehicle maintenance agreement, so I know what employees are responsible for
Updated - Turn in Rough Draft for ████████ Work Instruction . Turning in Draft this morning.
Updated- Finalize a decision today on who we will use to calibrate our Cal Kits $$ - Mike is getting me a cert to look at this morning
Updated- Work out kinks with these rigging shops quoting our adapters and get some Costs. Lost one Shop today , must acquire a new Shop to compare pricing. Send out a NDA
 Updated- Follow up with Shawn and see if he ordered the Screen


This week forthcoming:
Calibrations Showed up at the shop 3/31/20, I will have some shop Cals to do this week – ████████ . 2ea.
Add ons:
Get quotes on a ████████ this week - $487.00
Submit New Draft and forms for Vehicle maintenance tomorrow 4/1/30 in am hours.
Keep working with Machine Shops pressing for quotes on Adapters this week.
Send Cal Kit 1 To Calibration Lab this week.
Complete and Finalize Work Instruction for Tester and approved by Jason


**Regards,**


**Ric Szabo**
*Calibration Tech/Field Rep*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

***Local:*** *(337) 839-9000*
***Main:*** *(570) 649-5188*
***Mobile:*** *(337) 330-6860*




MUNCY-000244

**From:** Ric Szabo <ric@muncyindustries.com>
**Sent:** Tuesday, March 31, 2020 2:31 PM
**To:** 'jasonfetter@muncyindustries.com' <jasonfetter@muncyindustries.com>
**Subject:** FW: Updated to do List as of 3/31/20

Jason, with all the different tasks, I have updated my list to keep us on track together. Did this on my lunch as to not take time from Work hours.

To do today:
Updated- Complete and submit Draft revision of Vehicle Maintenance plan with a new single form stating Jason Fetters guidelines.
        Must create the from in Excel this time.
Updated - Turn in Rough Draft for ███████████████    On schedule for Draft completion today
Updated- Finalize a decision today on who we will use to calibrate our Cal Kits $$ - Still needs approval from Jason almost there.
Updated- Work out kinks with these rigging shops quoting our adapters and get some Costs. <mark>Lost one Shop today , must acquire a new Shop to compare pricing.</mark> Send out a NDA
 Updated- Finalize and order Screen with Jason's Approval. Shawn has confirmed he take care of this and we get free Shipping. Completed


This week forthcoming:
Calibrations Showed up at the shop today, I will have some shop Cals to do this week – ██████████. 2ea.
Add ons: Confirm ok to travel again Road trip style with Will . Let Jason know any concerns
Get quotes on ███████ this week
Submit New Draft and forms for Vehicle maintenance tomorrow 4/1/30 in am hours.
Keep working with Machine Shops pressing for quotes on Adapters this week.
Send Cal Kit 1 To Calibration Lab this week.
Complete and Finalize Work Instruction for Tester and approved by Jason


**Regards,**

**Ric Szabo**
*Calibration Tech/Field Rep*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

*Local:* *(337) 839-9000*
*Main:* *(570) 649-5188*
*Mobile:* *(337) 330-6860*

MUNCY-000245



---

**From:** Ric Szabo <ric@muncyindustries.com>
**Sent:** Tuesday, March 31, 2020 9:58 AM
**To:** 'Jason Fetter' <jasonfetter@muncyindustries.com>
**Subject:** RE: work from home today list

Jason my apologies, I thought since you had given me a number of tasks to complete, that I would keep going on them. Here 's todays list.
Also See attached Updated Vehicle Maintenance Plan as we discussed.


To do today:
Complete and Finalize Vehicle Maintenance plan
Turn in Rough Draft for ▇▇▇▇▇▇▇▇ Instruction
Finalize a Decsion today on who we will use to calibrate our Cal Kits $$
Work out kinks with these rigging shops quoting our adapters and get some Costs.
Discuss Draft and complete draft revision and submit for secondary approval
Finalize and order Screen with Jason's Approval. Get UPS Account # from Richard.

Calibrations Showed up at the shop today, I will have some shop Cals to do this weeek


**Regards,**


**Ric Szabo**
*Calibration Tech/Field Rep*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

*Local:* *(337) 839-9000*
*Main:* *(570) 649-5188*
*Mobile:* *(337) 330-6860*

MUNCY-000246



**From:** Jason Fetter <jasonfetter@muncyindustries.com>
**Sent:** Tuesday, March 31, 2020 8:45 AM
**To:** ric@muncyindustries.com
**Subject:** Re: work from home today list

Ric

Good morning.

Please send this daily list of the days goals first thing in the Morning each day.

Thanks!

Sincerely,


Jason Fetter
Vice President
Muncy Industries, LLC
Main: (570) 649-5188
Cell: (281) 961-7658
http://www.MuncyIndustries.com


On Mar 30, 2020, at 8:41 AM, ric@muncyindustries.com wrote:


See attached list for today. Please call to discuss.

## Ric Szabo

Calibration Tech/Field Rep
*Phone: (570) 649-5188*
*Cell: (337) 330-6860*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*


<image001.png>

MUNCY-000247

&lt;work from home list.docx&gt;

MUNCY-000248

## Lori Spangler

**From:** Ric Szabo <ric@muncyindustries.com>
**Sent:** Thursday, April 2, 2020 10:26 AM
**To:** jasonfetter@muncyindustries.com
**Subject:** FW: Updated to do List as of 4/2/20

Good Morning, I was hoping to have some huge changes to my list but only a few so far, See below:

To do today:

Updated- Completed Vehicle Maintenance Log form Draft -awaiting your review.

       Need to review the personnel vehicle maintenance agreement, so I know what employees are responsible for

Updated - Turn in Rough Draft for ███████████████████ . Completed – awaiting discussion or markups.

Updated- Finalize a decision today on who we will use to calibrate our Cal Kits $$ - spoke with Frank and he is sending me an email this morning on Why we shouldn't use ██ .

Updated- Work out kinks with these rigging shops quoting our adapters and get some Costs. I have a new second Shop in ██████████

 Updated- Shawn did order the screen – possible arrival Today or Tomorrow in LAF.

In LAB: I will complete the ██████████████ as I ran out of time yesterday evening.  About 1 hr left on this.

       Continue to do tasks in shop such as , Clean up Lab, Hang power Disconnect over Forklift Charger

       Work with Scott Friday to hang up two lights in Bldg2 .  Today I will rally and make sure I have everything needed to complete this job successfully

**Regards,**

**Ric Szabo**
*Calibration Tech/Field Rep*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

*Local: (337) 839-9000*
*Main: (570) 649-5188*
*Mobile: (337) 330-6860*



MUNCY-000249

**From:** Ric Szabo <ric@muncyindustries.com>
**Sent:** Wednesday, April 1, 2020 8:29 AM
**To:** 'jasonfetter@muncyindustries.com' <jasonfetter@muncyindustries.com>
**Subject:** FW: Updated to do List as of 4/1/20

Jason good morning, see my list today.

To do today:
Updated- Complete and submit Draft revision of Vehicle Maintenance plan with a new single form stating Jason Fetters guidelines.
        Need to review the personnel vehicle maintenance agreement, so I know what employees are responsible for
Updated - Turn in Rough Draft for ███████████████ . Turning in Draft this morning.
Updated- Finalize a decision today on who we will use to calibrate our Cal Kits $$ - Mike is getting me a cert to look at this morning
Updated- Work out kinks with these rigging shops quoting our adapters and get some Costs. Lost one Shop today , must acquire a new Shop to compare pricing. Send out a NDA
 Updated- Follow up with Shawn and see if he ordered the Screen


This week forthcoming:
Calibrations Showed up at the shop 3/31/20, I will have some shop Cals to do this week – ███████████ . 2ea.
Add ons:
Get quotes on ████████ this week - $487.00
Submit New Draft and forms for Vehicle maintenance tomorrow 4/1/30 in am hours.
Keep working with Machine Shops pressing for quotes on Adapters this week.
Send Cal Kit 1 To Calibration Lab this week.
Complete and Finalize Work Instruction for Tester and approved by Jason


**Regards,**

**Ric Szabo**
*Calibration Tech/Field Rep*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

*Local: (337) 839-9000*
*Main: (570) 649-5188*
*Mobile: (337) 330-6860*



MUNCY-000250

**From:** Ric Szabo <ric@muncyindustries.com>
**Sent:** Tuesday, March 31, 2020 2:31 PM
**To:** 'jasonfetter@muncyindustries.com' <jasonfetter@muncyindustries.com>
**Subject:** FW: Updated to do List as of 3/31/20

Jason, with all the different tasks, I have updated my list to keep us on track together. Did this on my lunch as to not take time from Work hours.

To do today:
Updated- Complete and submit Draft revision of Vehicle Maintenance plan with a new single form stating Jason Fetters guidelines.
          Must create the from in Excel this time.
Updated - Turn in Rough Draft for ███████████████    On schedule for Draft completion today
Updated- Finalize a decision today on who we will use to calibrate our Cal Kits $$ - Still needs approval from Jason almost there.
Updated- Work out kinks with these rigging shops quoting our adapters and get some Costs. <mark>Lost one Shop today , must acquire a new Shop to compare pricing.</mark> Send out a NDA
 Updated- Finalize and order Screen with Jason's Approval. Shawn has confirmed he take care of this and we get free Shipping. Completed


This week forthcoming:
Calibrations Showed up at the shop today, I will have some shop Cals to do this week —████████████. 2ea.
Add ons: Confirm ok to travel again Road trip style with Will . Let Jason know any concerns
Get quotes on ██████████ this week
Submit New Draft and forms for Vehicle maintenance tomorrow 4/1/30 in am hours.
Keep working with Machine Shops pressing for quotes on Adapters this week.
Send Cal Kit 1 To Calibration Lab this week.
Complete and Finalize Work Instruction for Tester and approved by Jason


**Regards,**


**Ric Szabo**
*Calibration Tech/Field Rep*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

*Local: (337) 839-9000*
*Main: (570) 649-5188*
*Mobile: (337) 330-6860*

MUNCY-000251



---

**From:** Ric Szabo <ric@muncyindustries.com>
**Sent:** Tuesday, March 31, 2020 9:58 AM
**To:** 'Jason Fetter' <jasonfetter@muncyindustries.com>
**Subject:** RE: work from home today list

Jason my apologies, I thought since you had given me a number of tasks to complete, that I would keep going on them. Here 's todays list.
Also See attached Updated Vehicle Maintenance Plan as we discussed.


To do today:
Complete and Finalize Vehicle Maintenance plan
Turn in Rough Draft for ████████████████████
Finalize a Decsion today on who we will use to calibrate our Cal Kits $$
Work out kinks with these rigging shops quoting our adapters and get some Costs.
Discuss Draft and complete draft revision and submit for secondary approval
Finalize and order Screen with Jason's Approval. Get UPS Account # from Richard.

Calibrations Showed up at the shop today, I will have some shop Cals to do this weeek


**Regards,**


**Ric Szabo**
*Calibration Tech/Field Rep*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

*Local:* (337) 839-9000
*Main:* (570) 649-5188
*Mobile:* (337) 330-6860

4

MUNCY-000252



**From:** Jason Fetter <jasonfetter@muncyindustries.com>
**Sent:** Tuesday, March 31, 2020 8:45 AM
**To:** ric@muncyindustries.com
**Subject:** Re: work from home today list

Ric

Good morning.

Please send this daily list of the days goals first thing in the Morning each day.

Thanks!

Sincerely,


Jason Fetter
Vice President
Muncy Industries, LLC
Main: (570) 649-5188
Cell: (281) 961-7658
http://www.MuncyIndustries.com


On Mar 30, 2020, at 8:41 AM, ric@muncyindustries.com wrote:


See attached list for today. Please call to discuss.

**Ric Szabo**
Calibration Tech/Field Rep
***Phone:*** *(570) 649-5188*
***Cell:*** *(337) 330-6860*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*


<image001.png>

MUNCY-000253

&lt;work from home list.docx&gt;

MUNCY-000254

## Lori Spangler

**From:**        Ric Szabo <ric@muncyindustries.com>
**Sent:**         Tuesday, March 31, 2020 3:31 PM
**To:**            jasonfetter@muncyindustries.com
**Subject:**     FW: Updated to do List as of 3/31/20


Jason, with all the different tasks, I have updated my list to keep us on track together. Did this on my lunch as to not take time from Work hours.

To do today:
Updated- Complete and submit Draft revision of Vehicle Maintenance plan with a new single form stating Jason Fetters guidelines.
            Must create the from in Excel this time.
Updated - Turn in Rough Draft for ▓▓▓▓▓▓▓▓▓▓▓▓ On schedule for Draft completion today
Updated- Finalize a decision today on who we will use to calibrate our Cal Kits $$ - Still needs approval from Jason almost there.
Updated- Work out kinks with these rigging shops quoting our adapters and get some Costs. <mark>Lost one Shop today , must acquire a new Shop to compare pricing.</mark> Send out a NDA
 Updated- Finalize and order Screen with Jason's Approval. Shawn has confirmed he will take care of this and we get free Shipping. Completed


This week forthcoming:
Calibrations Showed up at the shop today, I will have some shop Cals to do this week – ▓▓▓▓▓▓▓▓. 2ea.
Add ons: Confirm ok to travel again Road trip style with Will . Let Jason know any concerns
Get quotes on ▓▓▓▓▓▓▓ this week
Submit New Draft and forms for Vehicle maintenance tomorrow 4/1/30 in am hours.
Keep working with Machine Shops pressing for quotes on Adapters this week.
Send Cal Kit 1 To Calibration Lab this week.
Complete and Finalize Work Instruction for Tester and approved by Jason


**Regards,**


**Ric Szabo**
*Calibration Tech/Field Rep*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

*Local: (337) 839-9000*
*Main: (570) 649-5188*
*Mobile: (337) 330-6860*

MUNCY-000255



---

**From:** Ric Szabo <ric@muncyindustries.com>
**Sent:** Tuesday, March 31, 2020 9:58 AM
**To:** 'Jason Fetter' <jasonfetter@muncyindustries.com>
**Subject:** RE: work from home today list

Jason my apologies, I thought since you had given me a number of tasks to complete, that I would keep going on them. Here 's todays list.
Also See attached Updated Vehicle Maintenance Plan as we discussed.


To do today:
Complete and Finalize Vehicle Maintenance plan
Turn in Rough Draft for ███████████████
Finalize a Decsion today on who we will use to calibrate our Cal Kits $$
Work out kinks with these rigging shops quoting our adapters and get some Costs.
Discuss Draft and complete draft revision and submit for secondary approval
Finalize and order Screen with Jason's Approval. Get UPS Account # from Richard.

Calibrations Showed up at the shop today, I will have some shop Cals to do this weeek


**Regards,**


**Ric Szabo**
*Calibration Tech/Field Rep*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

***Local:*** *(337) 839-9000*
***Main:*** *(570) 649-5188*
***Mobile:*** *(337) 330-6860*

MUNCY-000256



**From:** Jason Fetter <jasonfetter@muncyindustries.com>
**Sent:** Tuesday, March 31, 2020 8:45 AM
**To:** ric@muncyindustries.com
**Subject:** Re: work from home today list

Ric

Good morning.

Please send this daily list of the days goals first thing in the Morning each day.

Thanks!

Sincerely,


Jason Fetter
Vice President
Muncy Industries, LLC
Main: (570) 649-5188
Cell: (281) 961-7658
http://www.MuncyIndustries.com


On Mar 30, 2020, at 8:41 AM, ric@muncyindustries.com wrote:


See attached list for today. Please call to discuss.

**Ric Szabo**
Calibration Tech/Field Rep
*Phone: (570) 649-5188*
*Cell: (337) 330-6860*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*


<image001.png>

MUNCY-000257

&lt;work from home list.docx&gt;

4

MUNCY-000258

**Lori Spangler**

**From:**          Ric@muncyindustries.com
**Sent:**          Friday, August 23, 2019 11:26 AM
**To:**            'Jason Fetter'
**Cc:**            sales@muncyindustries.com
**Subject:**       RE: This weeks Goals


See goal Dates below added to list. My apologies for not dating them, They were originally hot added because they were for this week only.


Best regards,

### Ric Szabo
Calibration Tech/Field Rep
*Phone:* (570) 649-5188
*Cell:* (337) 330-6860

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*





---

**From:** Jason Fetter <jasonfetter@muncyindustries.com>
**Sent:** Friday, August 23, 2019 7:09 AM
**To:** ric@muncyindustries.com
**Cc:** sales@muncyindustries.com
**Subject:** Re: This weeks Goals

Ric

Every goal needs a due date.  You must assume there will be issues arising that impede progress, but you still hit the date because you allocated time and you worked toward that goal.  Being busy does not get results.

Give me timelines you will hit.  Our department is beginning to look incompetent by not finishing the lab in a year, not paying attention to detail (our own kits incomplete, not calibrated).

We need to prioritize, plan, focus, execute, measure our success.  This is something you can do.

Please call me this morning after 10:00 cdt to discuss.

1

MUNCY-000310

Sincerely,
Jason Fetter
Vice President
Muncy Industries, LLC
Main: (570) 649-5188
Cell: (281) 961-7658
http://www.MuncyIndustries.com

On Mon, Aug 19, 2019 at 2:18 PM -0400, <Ric@muncyindustries.com> wrote:

Jason, Kimberly,

This week I would like to get some important tasks:
1. ██████████████████████████████████████████
   ████████████████████████████████████████
   ████████████████████████████████████████
   ████████████████████████████████████████████
   ████████████████████████████████████████████
   ████████████████████████████████████████
   ██████████████████████████████████████

   Please add to my list if needed

Best regards,

## Ric Szabo
Calibration Tech/Field Rep
*Phone: (570) 649-5188*
*Cell: (337) 330-6860*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*



MUNCY-000311

**Lori Spangler**

**From:**      Ric Szabo <ric@muncyindustries.com>
**Sent:**      Tuesday, March 31, 2020 10:58 AM
**To:**        'Jason Fetter'
**Subject:**   RE: work from home today list

Jason my apologies, I thought since you had given me a number of tasks to complete, that I would keep going on them. Here 's todays list.
Also See attached Updated Vehicle Maintenance Plan as we discussed.

To do today:
Complete and Finalize Vehicle Maintenance plan
Turn in Rough Draft for ▬▬▬▬▬▬▬▬▬▬▬
Finalize a Decsion today on who we will use to ▬▬▬▬▬▬▬▬▬
Work out kinks with these ▬▬▬▬▬▬▬▬▬▬▬ and get some Costs.
Discuss Draft and complete draft revision and submit for secondary approval
Finalize and order Screen with Jason's Approval. Get UPS Account # from Richard.

Calibrations Showed up at the shop today, I will have some shop Cals to do this weeek

**Regards,**

**Ric Szabo**
*Calibration Tech/Field Rep*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

***Local:*** *(337) 839-9000*
***Main:*** *(570) 649-5188*
***Mobile:*** *(337) 330-6860*



From: Jason Fetter <jasonfetter@muncyindustries.com>
Sent: Tuesday, March 31, 2020 8:45 AM

MUNCY-000324

**To:** ric@muncyindustries.com
**Subject:** Re: work from home today list

Ric

Good morning.

Please send this daily list of the days goals first thing in the Morning each day.

Thanks!

Sincerely,


Jason Fetter
Vice President
Muncy Industries, LLC
Main: (570) 649-5188
Cell: (281) 961-7658
http://www.MuncyIndustries.com


On Mar 30, 2020, at 8:41 AM, ric@muncyindustries.com wrote:


See attached list for today. Please call to discuss.

## Ric Szabo

Calibration Tech/Field Rep
**Phone:** *(570) 649-5188*
**Cell:** *(337) 330-6860*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*


<image001.png>


<work from home list.docx>

MUNCY-000325

**Lori Spangler**

| | |
|---|---|
| **From:** | Ric Szabo <ric@muncyindustries.com> |
| **Sent:** | Thursday, May 21, 2020 3:12 AM |
| **To:** | jasonfetter@muncyindustries.com |
| **Subject:** | Request for Purchase – ████████████████ |

Jason, Please take a look at The below: these items are needed for the ALL WAY Project

████

Requested by: R. Szabo
Supervisor Requested to: Jason Fetter
Date of Request: 5/19/20
Delivery Date Required: ASAP
Delivery Location (Plant): LAF
Material(s) Required:



Details: All Items can be ordered online and shipped.

Approved to purchase by: Jason Fetter

**Note** this email is submitted by the requestor to their supervisor. The supervisor indicates his/her approval by forwarding it to the Purchasing Manager/Agent.

Best regards,
**Ric Szabo**
Calibration Tech/Field Rep
*Phone: (570) 649-5188*
*Cell: (337) 330-6860*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

MUNCY-000326



MUNCY-000327

**Lori Spangler**

| | |
|---|---|
| **From:** | Ric Szabo <ric@muncyindustries.com> |
| **Sent:** | Friday, May 29, 2020 1:00 PM |
| **To:** | jasonfetter@muncyindustries.com |
| **Cc:** | ShawnM@muncyindustries.com; 'Megan Delahoussaye' |
| **Subject:** | Request for Purchase - HOT RUSH!!!! ███████████████████ |

Jason, Shawn, Please take a look at The below:

███████

Requested by: R. Szabo
Supervisor Requested to: Jason Fetter
Date of Request: 5/29/20
Delivery Date Required: ASAP
Delivery Location (Plant): PA ......Pa can then ship to Customer on one pallet after" John" has competed his control panel build.
Material(s)

1. ████████████████████████████████████
   shipped to customer!

2. Generator : ████████████████████████████
   ███████████████

3. Generator: ███████████████████████████
   I don't know if you have tractor supply stores ( not the Tractor Supply name) down there but check with those stores and you should be able to find similar generators on location.  One important question needs to be answered though, will this
4. ████████████████████ may be  purchased on site. Up to $100.00
5. ██████████████████████████████████████
   ███████████████████████████████ Please Buy this one Shawn

6. ███████ ████████████████████████ panels . Shawn please order 10?
   ███████████████████████████

7. 1 Day Labor Costs - ??
8. 1 250k calibration cost

Details: All Items can be ordered online and shipped.

MUNCY-000328

Approved to purchase by: Jason Fetter


**Note** this email is submitted by the requestor to their supervisor. The supervisor indicates his/her approval by forwarding it to the Purchasing Manager/Agent.


Best regards,

**Ric Szabo**

Calibration Tech/Field Rep
*Phone:* (570) 649-5188
*Cell:* (337) 330-6860

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*



MUNCY-000329

## Lori Spangler

| | |
|---|---|
| **From:** | Ric Szabo <ric@muncyindustries.com> |
| **Sent:** | Friday, October 25, 2019 12:41 PM |
| **To:** | Jason Fetter |
| **Subject:** | Request for purchase ████████████ final |

████

MUNCY-000330

**Lori Spangler**

| | |
|---|---|
| **From:** | ric@muncyindustries.com |
| **Sent:** | Friday, November 1, 2019 3:54 PM |
| **To:** | jasonfetter@muncyindustries.com |
| **Cc:** | alexr@muncyindustries.com |
| **Subject:** | ██████████████████████ |

Take a Look and see my progress on this one. After writing this much I realize a lot of involvement in ████████
████████ actually. Moving to Something else like my lab for the rest of the day. Gonna add some trim on the walls
and move some furniture in, cut some carpet up!

Best regards,

**Ric Szabo**
Calibration Tech/Field Rep
**Phone:** *(570) 649-5188*
**Cell:** *(337) 330-6860*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*



MUNCY-000331

**Lori Spangler**

| | |
|---|---|
| **From:** | Ric@muncyindustries.com |
| **Sent:** | Wednesday, January 17, 2018 5:25 PM |
| **To:** | 'Joe Roberts' |
| **Cc:** | jasonfetter@muncyindustries.com |
| **Subject:** | ████████████████████████ |

Joe I have created what I believe to be the beginning of a ████████████████████ outline
Please take a look at the attached and please I beg of you to share your comments regarding my outline, please make
any notes on the document for me to follow. It's probably all wrong, as I do not have ██████ in my hand at the
moment but it is in process of getting purchased.

Best regards,

**Ric Szabo**
Calibration Tech/Field Rep

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

***Phone:*** *(570) 649-5188*
***Cell:*** *(337) 501-1044*



MUNCY-000332

## Lori Spangler

**From:**       Ric Szabo <ric@muncyindustries.com>
**Sent:**       Tuesday, May 19, 2020 12:02 PM
**To:**         jasonfetter@muncyindustries.com
**Subject:**    Things I need to do for projects to be completed

Jason , outside of our team calibration help list, I can be doing these items today:

- ███████████████████████████████████████ : 2hrs-3hrs
- ███████████████████████████████████████████████ and det it back to him timely. 1-1.5hrs
- ████████████████████████████ WI for out team and especially Shandi, cause she has one currently from ████████████ that needs to be diagnosed and quoted for repairs. 2-3hrs to write and proof
- Possibly Video Call to walk through the ███████████████████ today. 1hr possibly

**Regards,**

## Ric Szabo
*Calibration Tech/Field Rep*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

**Local:** *(337) 839-9000*
**Main:** *(570) 649-5188*
**Mobile:** *(337) 330-6860*



MUNCY-000333

## Lori Spangler

**From:** ric@muncyindustries.com
**Sent:** Monday, February 17, 2020 5:15 PM
**To:** ShawnM@muncyindustries.com
**Cc:** jasonfetter@muncyindustries.com
**Subject:** see attached updated inventory for Muncy Box Items

The attached is current as of today. I went through and discovered that I do have some items in stock vs. others. Open the attached, Look at the List. The highlighted Green items are What I feel needs to be ordered . The quantities are also correct on this list.

The way I see it, not ordering enough for 20 boxes this time. My thoughts are I actually have 5 enclosures still in stock form the last 20 ordered. Andrew did not finish building all twenty.
I think we order 5 more enclosures and only enough of the green items to complete another 10 boxes total.

Share thoughts please. After your answers, I will create an  for Jason's approval this week during my travels.

Best regards,

**Ric Szabo**
Calibration Tech/Field Rep
*Phone:* *(570) 649-5188*
*Cell:* *(337) 330-6860*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*



MUNCY-000334

**Lori Spangler**

| | |
|---|---|
| **From:** | Ric@muncyindustries.com |
| **Sent:** | Friday, January 26, 2018 12:56 PM |
| **To:** | jasonfetter@muncyindustries.com |
| **Cc:** | Justin Fetter; Matt Bell; James Stahl; 'Joe Roberts' |
| **Subject:** | SOP Creation timeline |

This is just the beginning.

Best regards,

**Ric Szabo**

*Calibration Tech/Field Rep*
***Phone:*** *(570) 649-5188*
***Cell:*** *(337) 330-6860*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*



1

MUNCY-000335

**Lori Spangler**

| | |
|---|---|
| **From:** | Ric@muncyindustries.com |
| **Sent:** | Monday, July 22, 2019 10:39 AM |
| **To:** | jasonfetter@muncyindustries.com |
| **Cc:** | alexr@muncyindustries.com |
| **Subject:** | Test Machine Pre Ship Check List |

See the attached for AK approved checklist

Best regards,

**Ric Szabo**

Calibration Tech/Field Rep
*Phone: (570) 649-5188*
*Cell: (337) 330-6860*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*



MUNCY-000336

**Lori Spangler**

| | |
|---|---|
| **From:** | Ric Szabo <ric@muncyindustries.com> |
| **Sent:** | Tuesday, May 19, 2020 8:21 PM |
| **To:** | jasonfetter@muncyindustries.com |
| **Subject:** | Testbed Prior to Shipment checklist makeover |

Jason see the attached, paying attention to some changes/suggestions in yellow, let me know wassup?

**Regards,**

**Ric Szabo**
*Calibration Tech/Field Rep*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

*Local: (337) 839-9000*
*Main: (570) 649-5188*
*Mobile: (337) 330-6860*



MUNCY-000337

**Lori Spangler**

---

**From:**        Ric@muncyindustries.com
**Sent:**         Thursday, November 15, 2018 3:38 PM
**To:**            jasonfetter@muncyindustries.com
**Subject:**     Things on my list of to do


I am adding two things to my list to do before the holiday weekend.

- Wirte a calibration instruction procedure for ▮▮▮▮ Chant machine specifically with photos and step by step dis-
  assembly and re-assembly of the machine. This literally kicked my behind yesterday. I took pictures and
  documented the process.
- Write a Calibration procedure for how to do ▮▮▮▮▮▮▮▮ Boxes with a digital indicator
  I need to put these behind me.
  Ask permission to begin these on Monday morning.


Best regards,
**Ric Szabo**
Calibration Tech/Field Rep
*Phone: (570) 649-5188*
*Cell: (337) 330-6860*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*



MUNCY-000338

**Lori Spangler**

| | |
|---|---|
| **From:** | Ric@muncyindustries.com |
| **Sent:** | Monday, August 19, 2019 2:18 PM |
| **To:** | jasonfetter@muncyindustries.com; sales@muncyindustries.com |
| **Subject:** | This weeks Goals |

Jason, Kimberly,

This week I would like to get some important tasks:

1. Calibration kit check in sheets approved and plan set in place for training the other locations.
2. Complete ████████ if needed, may need to drive back to Dallas someday this week,  stay overnight drive back next day.
3. Complete plan for Calibration Lab and begin the machine move process after approval has been granted.
4. Update Kit contents to help with future machine and software installs.(do research and submit ████████ needed resources)
5. Update the 3 kits in Lafayette to include new stenciling and painting if needed.

    Please add to my list if needed

Best regards,

**Ric Szabo**
Calibration Tech/Field Rep
*Phone: (570) 649-5188*
*Cell: (337) 330-6860*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*





MUNCY-000339

## Lori Spangler

**From:** Ric@muncyindustries.com
**Sent:** Friday, October 12, 2018 4:49 PM
**To:** jasonfetter@muncyindustries.com
**Subject:** to do list for today 95% completed

Jason see below my completed tasks for the day: If we don't talk have a wonderful weekend

10/12/18
Complete Work Evaluation and email to Jason - Completed
Get with John and go next door and come up with an area to begin assembly of software Boxes. – Completed
Complete Jason's request for a Diagram Flow in the Assembly Plan – in process of sketching
Talk briefly with Kimberly regarding the sales form discussed in the meeting – Completed - Discussed a change of plans
Complete folders from Last Calibration trip and file away – Completed
Clean out inbox - Completed
Create List for Jason involving all items in each Calibration Kit. – Completed
Get with Kimberly and book the Oct 29th ███ Trip – Completed.
Create Trip Folders and prepare for next weeks trip. – Completed.

Best regards,
**Ric Szabo**
Calibration Tech/Field Rep
**Phone:** (570) 649-5188
**Cell:** (337) 330-6860

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*



MUNCY-000340

**Lori Spangler**

---

**From:**          Ric@muncyindustries.com
**Sent:**           Friday, July 13, 2018 5:42 PM
**To:**             jasonfetter@muncyindustries.com
**Subject:**        to do list updated

Jason see below on updates for EOB today:

To do today and tomorrow:
Richard left early sick today, I went out to help with orders in shop and boxing up parts with Scott.
Call ██████████ talk about the Quote for his ██████████ . Try to secure the deal with him and see about
scheduling for next month with the ██████████ up Trip.
    1. Called 7/12/18 – not available, Jeff answered. Took my number will pass on to ████████████████
       to call me back to discuss.
    2. 7/13/18 – Called, Jeff answered, said he passed the message on

Ship ████ to Muncy UPS 2nd day air. – Completed 7/12/18
Call ████████ find out status of Machine and get Letter of Invite from him. – ████ has the machine back together and
They are testing it to a full load capacity. We do not have pins for the Calibration, waiting to hear back from ██████ at
██████████████ (Proof of 480k)
Call ████████ and ask about pin diameters – Completed
Make changes to Machine Info sheet – Add the Letter D and point to the main pin holes- need to do soon
Call ██████████ , ask about borrowing of 5" oblong pins. – Completed- No pins for Certified ████
has Lost them.
Go next door, make list of what is needed to wire up the battery charger for the Toyota Forklift -Completed To add to
this awaiting approval on electrical supplies for the forklift and vertical machine wiring from John next week.  This will
put us ready to calibrate ██████ within a week of return trip from Canada.
Research how to disconnect batteries in lift itself and see about swapping ends of plugs on the forklift to fit both
chargers. - Not Complete
Call ██████████ and confirm all is a go with the machines and San Antonio as well. – Not Done at this time.
██████ Discussion – ██████ – No codes for software. Jason thinks they are going out of business so that's a
discussion for when the machine gets moved to a new location. – Completed
Work on Calibration Customer Data Base, Way behind on updating information. WAY BEHIND! -Need to do soon! Need
down time.
Call ██████████ about Calibrate load cells $1250 quoted. #912-232-0722. – Called today, no go for him as a customer,
very Loyal to ██████ .

Best regards,

**Ric Szabo**
Calibration Tech/Field Rep
**Phone:** (570) 649-5188
**Cell:** (337) 330-6860

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

1

MUNCY-000341



2

MUNCY-000342

**Lori Spangler**

| | |
|---|---|
| **From:** | Ric@muncyindustries.com |
| **Sent:** | Thursday, July 12, 2018 2:11 PM |
| **To:** | jasonfetter@muncyindustries.com |
| **Subject:** | To do list updated |

Jason,

7/12/18
To do today and tomorrow:
Call ███████████ talk about the Quote for his ████████ . Try to secure the deal with him and see about scheduling for next month with the ██████████ Trip.

1. Called today – not available, Jeff answered. Took my number will pass on to ████████████ call me back to discuss.

Ship Sling to Muncy UPS 2nd day air. – Completed 7/12/18
Call ███████████ find out status of Machine and get Letter of Invite from him. – Joe wanted to call him, waiting to hear back from █████
Call ████████████████ and ask about pin diameters – emailed – called not available
Make changes to Machine Info sheet – Add the Letter D and point to the main pin holes
Call ██████████████ , ask about borrowing of 5" oblong pins. – emailed and called. No Answer at this time. Will call again.
Go next door, make list of what is needed to wire up the battery charger for the Toyota Forklift -  in process
Research how to disconnect batteries in lift itself and see about swapping ends of plugs on the forklift to fit both chargers.
Call ████████████ and confirm all is a go with the machines and San Antonio as well.
████████████ Discussion – ██████ – No codes for software. Jason thinks they are going out of business so that's a discussion for when the machine gets moved to a new location. – Completed
Work on Calibration Customer Data Base, Way behind on updating information. WAY BEHIND!

Best regards,

**Ric Szabo**
Calibration Tech/Field Rep
*Phone: (570) 649-5188*
*Cell: (337) 330-6860*

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

MUNCY-000343



2

MUNCY-000344

Daily Report

1-11-18

8am- working on sketch for James/Jason/Joe for in house ≥ ███████████████

Emails

Joe phone call at 845- 910

Completed sketch 927am

Sent email to Joe

Working on errors for Pricing Quote for Jason and Presentation 930am- 945am

Moved to the Service/Cal work order Rev1 @ 945am

10am went to Airport.


1-16-18 Back in Office after Moving to Lafayette

Received new iPhone, needed small tutorial on usage.

Set up my email account, and iCloud stuff with Shawn

Had phone conference with James and Kimberly regarding the first draft template for the ████████ process. Kim will be addressing the dates with Jason

Completed Service From ██████████ Rev1 Draft, sent to Jason for approval

Completed Cal Set Parts list for James Stahl Sent email to him and Joe

Joe and I have put James in motion on the █████████████████ for Production.

Working on finishing first draft for ████████████████ Inspection- Completed sending to Jason's email for approval


1-17-18 Snowed in this morning, worked half day due to safe driving concerns

Reached out to James regarding █████ Screen shots

Reviewed the Sketch sent to me by James regarding the "████████████████████

Spoke to James via phone and discussed some small Cal kit issues

Worked the remainder of the day on the S.O.P for performing █████████████████ – draft completed sending to Jason for amendments

Also took a brief look at what the █████████████████

Went over Quote notes prior to leaving the office today

MUNCY-000345

**Lori Spangler**

---

| | |
|---|---|
| **From:** | Ric@muncyindustries.com |
| **Sent:** | Wednesday, January 17, 2018 5:26 PM |
| **To:** | jasonfetter@muncyindustries.com |
| **Subject:** | Daily work log |
| **Attachments:** | Daily Report.docx |

Here is my log up to date.

Best regards,

**Ric Szabo**
Calibration Tech/Field Rep

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

**Phone:** *(570) 649-5188*
**Cell:** *(337) 501-1044*



MUNCY-000346

Daily Report

1-11-18

8am- working on sketch for James/Jason/Joe for in house ≥ ████████████████

Emails

Joe phone call at 845- 910

Completed sketch 927am

Sent email to Joe

Working on errors for Pricing Quote for Jason and Presentation 930am- 945am

Moved to the Service/Cal work order Rev1 @ 945am

10am went to Airport.


1-16-18 Back in Office after Moving to Lafayette

Received new iPhone, needed small tutorial on usage.

Set up my email account, and iCloud stuff with Shawn

Had phone conference with James and Kimberly regarding the first draft template for the ████████ process. Kim will be addressing the dates with Jason

Completed Service From ████████ Rev1 Draft, sent to Jason for approval

Completed Cal Set Parts list for James Stahl Sent email to him and Joe

Joe and I have put James in motion on the ███████████████ for Production.

Working on finishing first draft for Form ████████████████ - Completed sending to Jason's email for approval


1-17-18 Snowed in this morning, worked half day due to safe driving concerns

Reached out to James regarding ██████ Screen shots

Reviewed the Sketch sent to me by James regarding the ██████████████████

Spoke to James via phone and discussed some ██████████ issues

Worked the remainder of the day on the S.O.P for performing an ██████ ██████████ – draft completed sending to Jason for amendments

Also took a brief look at what the █████████████████

Went over Quote notes prior to leaving the office today

MUNCY-000347

**Lori Spangler**

**From:** Ric@muncyindustries.com
**Sent:** Wednesday, January 17, 2018 5:26 PM
**To:** jasonfetter@muncyindustries.com
**Subject:** Daily work log
**Attachments:** Daily Report.docx

Here is my log up to date.

Best regards,

**Ric Szabo**
Calibration Tech/Field Rep

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

**Phone:** *(570) 649-5188*
**Cell:** *(337) 501-1044*



MUNCY-000348

Daily Report

1-11-18

8am- working on sketch for James/Jason/Joe for in house ≥ ███████████████

Emails

Joe phone call at 845- 910

Completed sketch 927am

Sent email to Joe

Working on errors for Pricing Quote for Jason and Presentation 930am- 945am

Moved to the ████████████████ @ 945am

10am went to Airport.


1-16-18 Back in Office after Moving to Lafayette

Received new iPhone, needed small tutorial on usage.

Set up my email account, and iCloud stuff with Shawn

Had phone conference with James and Kimberly regarding the first draft template for ████████████ process. Kim will be addressing the dates with Jason

Completed Service From ████████████ Draft, sent to Jason for approval

Completed Cal Set Parts list for James Stahl Sent email to him and Joe

Joe and I have put James in motion on the ██████████████████ for Production.

Working on finishing first draft for ████████████████████- Completed sending to Jason's email for approval


1-17-18 Snowed in this morning, worked half day due to safe driving concerns

Reached out to James regarding ███████ Screen shots

Reviewed the Sketch sent to me by James regarding the ███████████████████

Spoke to James via phone and discussed some ███████████ issues

Worked the remainder of the day on the S.O.P for performing an ███████████████ – draft completed sending to Jason for amendments

Also took a brief look at what the ██████████████████

Went over Quote notes prior to leaving the office today

**Lori Spangler**

---

**From:**          Ric@muncyindustries.com
**Sent:**          Tuesday, January 16, 2018 3:28 PM
**To:**            James Stahl; jasonfetter@muncyindustries.com; 'Joe Roberts'
**Subject:**       FW: Test bed Meeting notes

James see the attached list. It's a mock up but just send me some thoughts on it, maybe whether or not we need to get some serious purchasing going regarding missing items. Thank you

---

**From:** Ric@muncyindustries.com [mailto:Ric@muncyindustries.com]
**Sent:** Wednesday, January 10, 2018 1:30 PM
**To:** 'James Stahl' <James@muncyindustries.com>; 'Mom' <opheliaf@muncyindustries.com>; 'James Fetter'
<jfetter@muncyindustries.com>; 'Justin Fetter' <justinfetter@muncyindustries.com>; 'Jason Fetter'
<jasonfetter@muncyindustries.com>; 'mbell@muncyindustries.com' <mbell@muncyindustries.com>; 'Joe Roberts'
<joeroberts45@gmail.com>
**Subject:** RE: Test bed Meeting notes

James , I will be putting together a list of items that we will need to have in each kit prior to hitting the streets, minus what you already have or have on order.
Also we need to dedicate some serious time to the certification process and how Muncy intends to achieve this digitally. I do have a file but not sure how that's going to play out.

Jason, we will need to discuss this in much more detail regarding the certification process and the current software file I have, to achieve this.

---

**From:** James Stahl [mailto:James@muncyindustries.com]
**Sent:** Wednesday, January 10, 2018 10:14 AM
**To:** 'Mom' <opheliaf@muncyindustries.com>; 'James Fetter' <jfetter@muncyindustries.com>; 'Justin Fetter'
<justinfetter@muncyindustries.com>; 'Jason Fetter' <jasonfetter@muncyindustries.com>; mbell@muncyindustries.com;
ric@muncyindustries.com; 'Joe Roberts' <joeroberts45@gmail.com>
**Subject:** Test bed Meeting notes

## Cylinders Just Arrived

1/10/18

MUNCY-000350

Ric:
-Muncy Calibration sticker and calibration report.
-All of our calibration worksheets and stuff
-Ric will be filling out the ███████████████ and James will approve them to be ordered.
-███████████ procedures

**James Stahl**
*Electrical Engineer*
*Muncy Measurements Division Manager*

**Muncy Industries, LLC**
*5820 Susquehanna Trail*
*Turbotville, PA 17772*

**Phone:** *(570) 649-5188*



MUNCY-000351

**Lori Spangler**

| | |
|---|---|
| **From:** | Ric@muncyindustries.com |
| **Sent:** | Thursday, January 18, 2018 4:50 PM |
| **To:** | 'Joe Roberts' |
| **Cc:** | 'Jason Fetter' |
| **Subject:** | RE: S.O.P. Outline regarding ████████████ |

Joe ,

Based on our phone call today, I have decided to correct the SOP changes that you suggested to get that behind me and I made text changes also according to my notes. I will work on the ████████████ 1st thing in the morning and have that ready for submittal by EOB tomorrow.

**From:** Joe Roberts [mailto:joeroberts45@gmail.com]
**Sent:** Wednesday, January 17, 2018 9:58 PM
**To:** Ric Szabo <Ric@muncyindustries.com>
**Cc:** Jason Fetter <jasonfetter@muncyindustries.com>
**Subject:** Re: S.O.P. Outline regarding ████████████

Good Start
More tomorrow

Joe

On Wed, Jan 17, 2018 at 5:25 PM, <Ric@muncyindustries.com> wrote:

Joe I have created what I believe to be the beginning of a ████████████ Instructions outline

Please take a look at the attached and please I beg of you to share your comments regarding my outline, please make any notes on the document for me to follow. It's probably all wrong, as I do not have ██████ in my hand at the moment but it is in process of getting purchased.

Best regards,

**Ric Szabo**

Calibration Tech/Field Rep

**Muncy Industries, LLC**

*109A Balboa Drive*

*Broussard, LA 70518*

MUNCY-000352

***Phone:*** *(570) 649-5188*

***Cell:*** *(337) 501-1044*



--
Joe Roberts
(M)  912.507.5577
POBox 14114
Savannah, GA 31416

MUNCY-000353

## Lori Spangler

| | |
|---|---|
| **From:** | Ric@muncyindustries.com |
| **Sent:** | Wednesday, January 17, 2018 5:25 PM |
| **To:** | 'Joe Roberts' |
| **Cc:** | jasonfetter@muncyindustries.com |
| **Subject:** | S.O.P. Outline regarding ███████████ |

Joe I have created what I believe to be the beginning of a S.O.P for Calibration Work Instructions outline
Please take a look at the attached and please I beg of you to share your comments regarding my outline, please make any notes on the document for me to follow. It's probably all wrong, as I do not have ████████ in my hand at the moment but it is in process of getting purchased.

Best regards,

**Ric Szabo**
Calibration Tech/Field Rep

**Muncy Industries, LLC**
*109A Balboa Drive*
*Broussard, LA 70518*

**Phone:** *(570) 649-5188*
**Cell:** *(337) 501-1044*



MUNCY-000354