# EXHIBIT L





Muncy™ Machine & Tool
The Upson-Walton™ Company
Newco™ Manufacturing
Sea Fit™

MI - 1-8-17
#218
$37000

# Application for Employment

Date: 12-20-17   NAME: SZABO JR    RICHARD    M
                       LAST          FIRST     MIDDLE

Interviewed by: JASON FETTER

How did you hear about us?
☐ Advertisement   ☑ Friend   ☐ Walk-In   ☐ Employment Agency   ☐ Relative

Other/Explain: JOE ROBERTS

**EMPLOYMENT:**
POSITION APPLYING FOR: FIELD SERVICE/CALIBRATIONS REP    SALARY DESIRED: 36K TO START

DATE YOU CAN START: 01 / 08 / 18

REFERRED BY: JASON FETTER    TELEPHONE: [redacted]

**PERSONAL INFORMATION:**
PRESENT ADDRESS: 1 HEATHERS CHASE
City: SAVANNAH    State: GA    Zip Code: 31419

PREVIOUS ADDRESS: N/A
City: CLEARWATER    State: FL    Zip Code: 33756

TELEPHONE NUMBER: [redacted]    S/S NUMBER: [redacted]

- ARE YOU AT LEAST 18 YEARS OF AGE?   ☑ Y   ☐ N
- IF YOU ARE UNDER 18 YEARS OF AGE, CAN YOU PROVIDE WORKING PAPERS OR PROOF OF BEING OUT OF SCHOOL?   ☐ Y   ☐ N
- HAVE YOU EVER FILED AN APPLICATION WITH US BEFORE?   ☐ Y   ☑ N
- IF YES, GIVE DATE: _____
- HAVE YOU EVER BEEN EMPLOYED WITH US BEFORE?   ☐ Y   ☑ N
    - IF YES, GIVE DATE: _____
- ARE YOU CURRENTLY EMPLOYED?   ☐ Y   ☑ N
- IF YES, PLEASE GIVE NAME AND ADDRESS: _____
- MAY WE CONTACT YOUR PRESENT EMPLOYER?   ☐ Y   ☑ N

- ARE YOU CURRENTLY ON "LAY-OFF" STATUS AND SUBJECT TO RECALL?   ☐ Y  ☒ N

- CAN YOU TRAVEL IF A JOB REQUIRES IT?   ☒ Y  ☐ N

  NOTE: PRODUCTION POSITIONS REQUIRE HIGH PHYSICAL ABILITIES SUCH AS LIFTING, BENDING, AND CARRYING.

- ARE YOU AWARE OF ANY PHYSICAL LIMITATIONS OR REQUIRE SPECIAL CONSIDERATION IN CONJUNCTION WITH THE POSITION YOU ARE APPLYING FOR?   ☐ Y  ☒ N

  IF YES EXPLAIN: _____

- ARE YOU CAPABLE OF PERFORMING IN A REASONABLE MANNER, WITH OR WITHOUT A REASONABLE ACCOMMODATION, THE ACTIVITIES INVOLVED IN THE JOB OR OCCUPATION FOR WHICH YOU HAVE APPLIED?   ☒ Y  ☐ N

- HAVE YOU EVER BEEN ARRESTED?   ☒ Y  ☐ N

- ARE YOU PREVENTED FROM LAWFULLY BECOMING EMPLOYED IN THIS COUNTRY BECAUSE OF VISA OR IMMIGRATION STATUS?   ☐ Y  ☒ N

**EDUCATION:**

**HIGH SCHOOL:** BRADWELL INSTITUTE

　　SCHOOL ADDRESS: HINESVILLE GA. 31313

　　YEAR ATTENDED: 4   DID YOU GRADUATE?  ☒ Y  ☐ N

**COLLEGE:** _____

　　SCHOOL ADDRESS: _____

　　YEAR ATTENDED: _____  DID YOU GRADUATE?  ☐ Y  ☐ N

　　CURRICULUM: _____

**TRADE/BUSINESS:** PREMIER SYSTEMS AND TRAINING

　　ADDRESS: SAVANNAH GA 31415

　　YEAR ATTENDED: 1/2   DID YOU GRADUATE?  ☒ Y  ☐ N

　　CURRICULUM: MCSA, COMP TIA A+ NETWORK +

　　GENERAL SKILLS/TRAINING: COMPUTER /IT, TROUBLESHOOTING/PROBLEM SOLVING CUSTOMER RELATIONS/SERVICE, TRADE SHOWS, MANAGEMENT SKILLS, Q.A.

LIST PROFESSIONAL, TRADE, BUSINESS, OR CIVIC ACTIVITIES AND OFFICE HELD:
_____

STATE ANY ADDITIONAL INFORMATION YOU FEEL MAY BE HELPFUL TO US IN CONSIDERING YOUR APPLICATION:
_____

**U.S. ARMED FORCES SERVICE:**
BRANCH: US AIRFORCE          RANK: E4

HONORABLE DISCHARGE?  ☒ Y  ☐ N   DATE DISCHARGED: 04 / 12 / 1994

PRESENT MEMBERSHIP IN NATIONAL GUARD OR RESERVES?  ☐ Y  ☒ N

BRANCH: _____

**FORMER EMPLOYERS:**
LIST BELOW YOUR LAST THREE EMPLOYERS, STARTING WITH THE MOST RECENT FIRST:

1. **EMPLOYERS NAME:** AJT EQUIPMENT USA INC
   **EMPLOYER'S ADDRESS:** 1711 DEAN FOREST RD SAVANNAH GA 31408
   FROM: 01/13  To: 09/17  SALARY: 17/HR  POSITION: ASSEMBLY TECH/CUST. SERV./ IT/ PURCHASING
   (MONTH/YEAR)
   PHONE #: 912-9649465   REASON FOR LEAVING: CLOSING OF BUSINESS

2. **EMPLOYERS NAME:** ROBERTS CALIBRATION INC.
   **EMPLOYER'S ADDRESS:** 1711 DEAN FOREST RD SAVANNAH GA 31408
   FROM: 01/13  To: 09/17  SALARY: 17/HR  POSITION: A2LA CERTIFIED CALIBRATION TECH.
   (MONTH/YEAR)
   PHONE #: 912-964-1118   REASON FOR LEAVING: CLOSING OF BUSINESS

3. **EMPLOYERS NAME:** JCB INC
   **EMPLOYER'S ADDRESS:** 2000 BAMFORD BLVD. SAVANNAH GA 31409
   FROM: 03/2008  To: 12/2012  SALARY: 13.50  POSITION: ASSEMBLY
   (MONTH/YEAR)
   PHONE #: _____   REASON FOR LEAVING: LAID OFF

IS THERE ANY EMPLOYER ABOVE LISTED WHOM YOU **DO NOT** WANT US TO CONTACT?  ☐ Y  ☒ N
WHY? _____

**REFERENCES:**
INFORMATION REQUIRES ONE PERSONAL AND TWO FORMER EMPLOYERS. INDICATE PERSONAL REFERENCE BY USING AN ASTERISK (*).

1. Name: TINA BOX                Business: AJT EQUIPMENT USA
   Years Known: 4+               Telephone: ▮
2. Name: ELIZABETH SHARPE        Business: ROBERTS CALIBRATION
   Years Known: 4+               Telephone: ▮
3. Name: JOE ROBERTS             Business: ROBERTS CALIBRATION
   Years Known: 4+               Telephone: ( ▮

The Age Discrimination Act of 1987 prohibits discrimination on the basis of age with respect to individuals who are at least 40 years of age.
The Americans with Disabilities Act of 1990, effective July 26, 1992 requires equal opportunity in all employment practices including selection, testing, and hiring of qualified applicants with disabilities.
I certify that the facts contained in this application are true and complete to the best of my knowledge and understand that if employed, falsified statements or purposely deceptive information given shall be grounds for dismissal. I authorize investigation of all statements contained herein and references listed above, to give you any and all information concerning my previous employment and any pertinent information they may have, and agree to release all parties from all liability for any damage that may result from furnishing this information. I understand and agree that if hired, my employment is for no definite period and may, regardless of the date of payment of my wages and salary, be terminated at any time, without prior notice, without cause, and at will.

MUNCY MACHINE & TOOL CO., INC, THE UPSON-WALTON COMPANY AND MUNCY ACQUISITIONS, LLC ARE EQUAL OPPORTUNITY EMPLOYERS.

DATE: 12 /20 /17    SIGNATURE: RICHARD M. SZABO JR  Digitally signed by RICHARD M. SZABO JR
                                                     Date: 2017.12.20 16:29:42 -05'00'

---

## Official Use Only

Hire Date: ___/___/___          Wage: _____   Background Checked?   ☐ Y   ☐ N

Shift:  ■1st  ☐2nd  ☐3rd         Shift Start Time: _____

Remarks:
_____
_____

# RICHARD M. SZABO JR.

Cell:    284 Middle Leesville Rd.  Bedford IN 47421
ricszabojr@gmail.com

I have over 25 years of hands-on generalized maintenance, electrical and logistical experience, performing tasks which include but are not limited to: Manufacturing and assembly, troubleshooting/diagnosing malfunctions, repair/replacement of faulty components or parts. Experienced in reading complicated electrical and mechanical schematics. Adept at performing complex repairs that may involve special handling and care. I have 4 years of experience with the U.S. Air force as a F-16c/d Tactical Aircraft Maintenance Specialist, and am particularly adept with inspection and attention-to-detail tasks. Maintained a "Secret Clearance" while serving in the USAF. I have recently worked 4+ years as a FSR / Certified Laboratory Calibration Technician.

## Key skills/Attributes

| | | |
|---|---|---|
| Manufacturing and Assembly | OSHA licensed forklift operator | VAC wiring 120,240,480 |
| VDC wiring 12/24 | Troubleshooting / Diagnosis | QA/QC Documentation |
| Inspection experience | Aircraft structural maintenance | Certified Computer Technician |
| Marine diesel and auto mechanic | Management experience | Project Management skills |
| Welding, Custom fabrication | Warehouse/Shipping and Receiving | Field Service Rep |

US Passport- exp. 29 JUL. 2023

## Computer Skills/Knowledge:

**Course completions:**

Microsoft - 2276: Implementing a Windows Server Network Infrastructure
           6292: Installing and Configuring Windows Client
           2273: Managing and Maintaining a MS Windows Server Environment
CompTIA - A+
          Network+

### Computer Software Knowledge:

| | | |
|---|---|---|
| Microsoft Office: | C++ (minimal) | RMC Tools (Delta Motion controls) |
| Word   Access | Notepad+ | Solidworks |
| Excel | Point of View | AutoCAD   ACE Project |

## WORK HISTORY

***AJT Equipment USA INC.***         *Savannah, GA*          2013- Sep.2017
**OEM Technician**

An OEM of Tensile Testing Machines for the Rigging Industry. These machines are capable of testing safety equipment and wire rope. Custom machine designs as well as the latest programmable motion control software available to date. Also, this required traveling to customers, on site to complete new machine installations, software setup, and machine functionality as well as safety training.

Travel destinations Included: CONUS/ OCONUS / Federal Government Installations

CONUS MIL:
US MARINES LOGISTICS BASE- ALBANY GA, US AIR FORCE STATION- CAPE CANAVERAL/ NASA, LOCKHEED MARTIN - CAPE CANAVERAL, NASA/DRYDEN FLIGHT RESEARCH CENTER- EDWARDS AIR FORCE BASE, WHITE SANDS MISSILE RANGE- NEW MEXICO, REDSTONE ARSENAL- HUNTSVILLE AL., US ARMY DEPOT- ANNISTON AL. INDIAN ISLAND- WA., KITSAP-WA., KEYPORT-WA., NASA GODDARD SPACE FLIGHT CENTER- MD., NASA WALLOPS ISLAND- VA NAVAL NUCLEAR LABORATORY (NNL) - IDAHO FALLS

OCONUS MIL: COMMANDER FLEET ACTIVITIES- SASEBO JAPAN, DEPARTMENT OF NATIONAL DEFENSE- VICTORIA BC CANADA, US JOINT BASE PEARL HARBOR HICKAM- HAWAII- USS FRANK CABLE- GUAM

OCONUS CIV:
BEIJING, TIANJIN - CHINA, TORONTO, MONTREAL, CALGARY, EDMONTON, GRANDE PRAIRIE, RED DEER - CANADA

**Duties included:**

Parts Procurement
Vendor Sourcing
Programmer/ Testing of new software
Customer Support and IT
Troubleshooting of various wiring & functionality problems when needed
Assisted in S.O.P. Documentation (Word)
Spreadsheets (Excel)
Data Base entry (Access)
Machine refurbish and repair
Assembly of Hydraulic Power Units
General Machine assembly

*Roberts Calibration Inc.*     **Savannah, GA**            2013-Sep.2017
**A2LA Certified Calibration Technician**

**Duties included:**

Travel to Customer facilities
On-site machine calibrations
Calibration equipment inventory
Software programming and Curve adjustments
Troubleshooting of various wiring & functionality problems when needed
Customer Support and IT
Personnel Training

*J.C.B. Inc.*     **Pooler, GA**            2008-2013
**Team Member / H.M.E.E. cab line assembly**

The High Mobility Engineer Excavator (HMEE) up-armored is the premiere asset to the Military Products Division of J.C.B. Primarily used in Iraq & Afghanistan to assist in new engineer projects as well as convoy operations and IED/Mine sweeping protection. Installed all necessary components of the cab to facilitate functionality of all electronic and interior accessories.

**Duties included:**

Main Cab Assembly/Armor installations
Tested new design changes for the main controller panel
Used computer diagnostic software and equipment
Troubleshooting of various wiring & functionality problems when needed
Assisted in S.O.P. Documentation

*Mastry Engine Center*     **St. Petersburg, FL**            2004-2008
**Generator Design/Fabrication Technician**

**Duties included:**

Designed and fabricated (welding included) various standalone generators (from 5kw-250kw) and agricultural water pumps
Supervised and trained new personnel on how to build/ troubleshoot/ and repair all equipment produced
Designed and produced custom wiring harnesses to operate equipment at customer specifications
Professional schematics for proper troubleshooting procedures (AutoCAD)
S.O.P. documentation on all new equipment produced
Field Service Representative/Technician and also performed new application evaluations

MUNCY-000016