**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| RIC SZABO, | : |
| | : Civil Action No. 4:21-CV-00468 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| MUNCY INDUSTRIES, LLC, | : |
| | : |
| Defendant. | : |

---

## **O R D E R**

**AND NOW**, this _____ day of _____, 2022, it is hereby **ORDERED** that the Plaintiff Ric Szabo's Motion for Partial Summary Judgment is **GRANTED**. The Court holds as a matter of law that Ric Szabo was a non-exempt employee of Defendant Muncy Industries, LLC under the FLSA and the PMWA.

**BY THE COURT:**

_____
**Matthew W. Brann**
**Chief United States District Judge**