IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RIC SZABO, | No. 4:21-CV-00468 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| MUNCY INDUSTRIES, LLC, | |
| Defendant. | |

# ORDER

**MARCH 10, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Muncy Industries, LLC's motion for summary judgment (Doc. 36) is **DENIED**.

2. Plaintiff Ric Szabo's motion for partial summary judgment (Doc. 35) is **GRANTED**. Accordingly, the Court concludes as a matter of law that:

    a. Szabo is not employed in a *bona fide* executive capacity under 29 U.S.C. § 213(a)(1).

    b. Szabo is not employed in a *bona fide* professional capacity under § 213(a)(1).

3. A telephonic status conference call with counsel of record will be scheduled by separate order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge