IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RIC SZABO, | No. 4:21-CV-00468 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| MUNCY INDUSTRIES, LLC, | |
| Defendant. | |

## ORDER

**FEBRUARY 5, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff Ric Szabo's Motion in Limine to Preclude Defendant from Offering the Testimony of Previously Unidentified Witnesses at Trial (Doc. 69) is **GRANTED** in part and **DENIED** in part;

    a. The motion is **GRANTED** as to witness Phil Chant; and

    b. The motion is **DENIED** as to any other undisclosed impeachment witnesses whose identities are unknown.

2. Szabo's Motion in Limine to Preclude Defendant from Introducing Evidence or Testimony Concerning Certain Expense Reimbursements and Benefits (Doc. 71) is **GRANTED**.

3. Szabo's Motion in Limine to Preclude Defendant from Introducing Any Evidence of or Testimony Regarding Civil Action 2020-1714 (Doc. 72) is **DENIED** in part and **GRANTED** in part;

   a. The motion is **DENIED** to the extent, for impeachment purposes, that it is necessary to cross-examine Szabo about his authorship of the email to Muncy Industries' clients;

   b. The motion is otherwise **GRANTED**.

4. Szabo's Motion in Limine to Preclude Defendant from Introducing as Evidence or Otherwise Referring to Drug Test Results at Trial (Doc. 75) is **GRANTED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge