

**ATTORNEYS:**

Michael Murphy**
Michael C. Groh***
Andrew J. Schreiber**
Jake D. Novelli**
Mary Kramer****
Johannes Hoffman**

*(Admitted in NJ)
**(Admitted in PA & NJ)
***(Admitted in PA, NJ & NY)
****(Admitted in PA, NJ & DC)

February 21, 2024

**Electronically Filed**
The Honorable Matthew W. Brann
Chief Judge
U.S. District Court, Middle District of Pennsylvania
U.S. Courthouse & Federal Building
240 West Third Street, Ste. 320
Williamsport, PA 17701

   Re: Szabo v. Muncy Industries, LLC, 4:21-CV-00468 (Brann, C.J.)

Dear Chief Judge Brann

  As you know, this office represents Plaintiff, Ric Szabo, with respect to the above referenced matter. The purpose of my writing is to advise the Court that the parties have reached a resolution of this matter and are in the process of finalizing the settlement agreement. Accordingly, the parties hereby request dismissal of this matter, without costs and without prejudice to the right of either party upon good cause shown to apply for reinstatement of the action within sixty (60) days if settlement has not been consummated.

  Thank you for your time and consideration.

            Respectfully submitted,

            */s/ Mary Kramer, Esquire*
            Mary Kramer, Esquire
            Michael Groh, Esquire

MK/cl
Cc: Gregory Stapp, Esq. (via ECF)



Eight Penn Ctr, Ste. 2000
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
T: 267.273.1054
F: 215.525.0210

www.phillyemploymentlawyer.com